IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>*Defendants*. | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**CERTIFICATE PURSUANT TO L.R. 81** |

Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company (collectively, "Casey's"), by and through their undersigned attorneys, Faegre Drinker Biddle & Reath LLP, and pursuant to Local Rule 81, certify the following in support of their Notice of Removal:

(a) The Class Action Petition is attached to the Notice of Removal as "Exhibit A" and all other pleadings and papers filed in the state court proceeding are attached to the Notice of Removal as "Exhibit B."

(b) The following motions are presently pending in the state court and may require resolution by this Court: Plaintiff's Motion for Temporary Injunction, filed on September 17, 2025, and attached hereto as **Exhibit A**. Casey's removed this lawsuit to this Court prior to its deadline to respond to Plaintiff's Motion for Temporary Injunction. Insofar as the applicable procedures in this Court differ from those in the state court, Casey's will seek to confer with Plaintiff's counsel

1

and further respectfully requests an order from the Court setting forth anticipated or preferred procedures with respect to that motion.

    (c)    The following attorneys for Plaintiff have appeared in the state court action:

SHINDLER ANDERSON GOPLERUD & WEESE P.C.
J. Barton Goplerud
Brian O. Marty
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone:   (515) 223-4567
Facsimile:   (515) 223-8887
*goplerud@sagwlaw.com*
*marty@sagwlaw.com*

CUNEO GILBERT & LADUCA, LLP
Robert K. Shelquist
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN 55416
Telephone:   (612) 254-7288
*rshelquist@cuneolaw.com*

CUNEO GILBERT & LADUCA, LLP
Charles J. LaDuca
Brendan S. Thompson
2445 M Street NW, Suite 740
Washington, DC 20037
Telephone:   (202) 789-3960
*charlesl@cuneolaw.com*
*brendant@cuneolaw.com*

    (d)    The following attorneys for Defendants have appeared in the state court action:

Nicholas Klinefeldt
David Yoshimura
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003

[*attorney signature block on next page*]

| | |
|---|---|
| Dated: September 26, 2025 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Nicholas A. Klinefeldt*<br>Nicholas A. Klinefeldt, AT0008771<br>David Yoshimura, AT0012422<br>Carolyn A. Gunkel, AT0008944<br>Emily R. O'Brien, AT0015757<br>801 Grand Avenue, 33rd Floor<br>Des Moines, Iowa 50309-8003<br>Telephone: (515) 248-9000<br>Facsimile: (515) 248-9010<br>Email: *nick.klinefeldt@faegredrinker.com*<br>*david.yoshimura@faegredrinker.com*<br>*carolyn.gunkel@faegredrinker.com*<br>*emily.obrien@faegredrinker.com*<br><br>**ATTORNEYS FOR DEFENDANTS CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., AND CASEY'S MARKETING COMPANY** |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system, with copies to the below named individuals by electronic mail on September 26, 2025.

*/s/ Paulette Ohnemus*
_____

Copy to:

    SHINDLER ANDERSON GOPLERUD & WEESE P.C.
    J. Barton Goplerud
    Brian O. Marty
    5015 Grand Ridge Drive, Suite 100
    West Des Moines, IA 50265
    *goplerud@sagwlaw.com*
    *marty@sagwlaw.com*


    CUNEO GILBERT & LADUCA, LLP
    Robert K. Shelquist
    5775 Wayzata Blvd., Suite 620
    St. Louis Park, MN 55416
    *rshelquist@cuneolaw.com*


    CUNEO GILBERT & LADUCA, LLP
    Charles J. LaDuca
    Brendan S. Thompson
    2445 M Street NW, Suite 740
    Washington, DC 20037
    *charlesl@cuneolaw.com*
    *brendant@cuneolaw.com*


    **ATTORNEYS FOR PLAINTIFF**
    **AND THE PROPOSED CLASS**