IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>*Defendants*. | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**JOINT MOTION FOR DEADLINES FOR INITIAL MOTION PRACTICE** |

COME NOW Plaintiff Kit Mason ("Plaintiff") and Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company (collectively, "Defendants"), by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 81 and Local Rule 7, and hereby respectfully request that this Court set deadlines for the filing of Defendants' resistance to Plaintiff's Motion for Temporary Injunction and Plaintiff's reply thereto and briefing related to Defendants' anticipated responsive submission pursuant to Federal Rule of Civil Procedure 12. In support thereof, the Parties state as follows:

1. On August 28, 2025, Plaintiff filed a Class Action Petition initiating this lawsuit in the Iowa District Court for Polk County. (ECF No. 1-1.)

2. On September 17, 2025, Plaintiff filed a Motion for Temporary Injunction in the Iowa District Court for Polk County. (ECF No. 1-2 at 143–149.)

3. On September 26, 2025, Defendants removed the lawsuit to this Court. (ECF No. 1.)

4. On September 29, 2025, the Court separately docketed Plaintiff's Motion for Temporary Injunction and set Defendants' deadline to respond for October 14, 2025. (ECF No. 3.)

5. Per Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' current deadline to answer or otherwise respond to the Class Action Petition is October 3, 2025.

6. The Parties have met and conferred regarding their respective expected plans for initial motions practice.

7. To provide the Parties and the Court with certainty regarding the dates by which Plaintiff's Motion for Temporary Injunction and Defendants' anticipated responsive submission pursuant to Federal Rule of Civil Procedure 12 will be fully submitted for the Court's consideration, and to provide the Parties with additional time to complete briefing related to Defendants' anticipated responsive submission pursuant to Federal Rule of Civil Procedure 12, the Parties jointly and respectfully request that the Court enter an Order setting the following deadlines:

   a. Defendants shall file their opposition to Plaintiff's Motion for Temporary Injunction no later than October 14, 2025;

   b. Plaintiff shall file his reply in support of his Motion for Temporary Injunction no later than October 21, 2025;

   c. Defendants shall file an answer or other responsive submission pursuant to Federal Rule of Civil Procedure 12 no later than October 22, 2025;

   d. Plaintiff shall file any opposition to Defendants' responsive submission pursuant to Federal Rule of Civil Procedure 12 no later than November 21, 2025; and

   e. Defendants shall file any reply in support of their responsive submission pursuant to Federal Rule of Civil Procedure 12 no later than December 5, 2025.

WHEREFORE, the Parties respectfully request that this Court set deadlines for the filing of Defendants' opposition to Plaintiff's Motion for Temporary Injunction and Plaintiff's reply

thereto and briefing related to Defendants' anticipated responsive submission pursuant to Federal Rule of Civil Procedure 12 as set forth above.

Dated: October 3, 2025                              **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
David Yoshimura, AT0012422
Carolyn A. Gunkel, AT0008944
Emily R. O'Brien, AT0015757
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
  *david.yoshimura@faegredrinker.com*
  *carolyn.gunkel@faegredrinker.com*
  *emily.obrien@faegredrinker.com*

**ATTORNEYS FOR DEFENDANTS CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., AND CASEY'S MARKETING COMPANY**

**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**

*/s/ J. Barton Goplerud*
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone:      (515) 223-4567
Facsimile:       (515) 223-8887
Email: *goplerud@sagwlaw.com*
  *marty@sagwlaw.com*

**CUNEO GILBERT & LADUCA, LLP**
Robert K. Shelquist*
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN 55416
(612) 254-7288
*rshelquist@cuneolaw.com*

3

Charles J. LaDuca*
Brendan S. Thompson*
2445 M Street NW, Suite 740
Washington, DC 20037
(202) 789-3960
*charlesl@cuneolaw.com*
*brendant@cuneolaw.com*

**ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASSES**

*Pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system with a copy sent via electronic notice to all counsel of record.

*/s/ Paulette Ohnemus*