IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>*Defendants*. | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., AND CASEY'S MARKETING COMPANY** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1(d) and 81(d), Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company provide the following information to the Court:

a. The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to a defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case:

  i. Casey's Retail Company and Casey's Marketing Company are wholly owned subsidiaries of Casey's General Stores, Inc. Another wholly owned subsidiary of Casey's General Stores, Inc. is Casey's Services Company.

  ii. Casey's General Stores, Inc. owns a 50% interest in C & R Aviation, Inc.

  iii. The Vanguard Group Inc. is a publicly held corporation that owns approximately 10% of Casey's General Stores, Inc.'s outstanding stock.

iv. Casey's Marketing Company's wholly owned subsidiaries are: CGS Stores, LLC and Fikes Wholesale, LLC. Fikes Wholesale, LLC's wholly owned subsidiaries, in turn, are: CEFCO Stores, LLC and JF Heritage Food Company, LLC.

v. Casey's Retail Company's wholly owned subsidiaries are CEFCO Management, LLC and Casey's Holdings, LLC.

vi. Casey's Services Company's wholly owned subsidiary is Group Petroleum Services, LLC.

b. With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

i. Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company are connected to the litigation as named Defendants.

ii. The other entities have no connection to the litigation.

Dated: October 20, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
David Yoshimura, AT0012422
Carolyn A. Gunkel, AT0008944
Emily R. O'Brien, AT0015757
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
　　　 *david.yoshimura@faegredrinker.com*
　　　 *carolyn.gunkel@faegredrinker.com*
　　　 *emily.obrien@faegredrinker.com*

**ATTORNEYS FOR DEFENDANTS CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., AND CASEY'S MARKETING COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system.

*/s/ Elizabeth Collins*