IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>*Defendants*. | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**DEFENDANTS' MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS** |

Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), respectfully move this Court for entry of an Order dismissing Plaintiff's Petition with prejudice or, alternatively, striking the class allegations in their entirety.

In support of this Motion, Defendants submit the accompanying Brief in Support.

[*attorney signature block on next page*]

Dated: October 22, 2025					**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nicholas A. Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
David Yoshimura, AT0012422
Carolyn A. Gunkel, AT0008944
Emily R. O'Brien, AT0015757
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
          *david.yoshimura@faegredrinker.com*
          *carolyn.gunkel@faegredrinker.com*
          *emily.obrien@faegredrinker.com*

**ATTORNEYS FOR DEFENDANTS CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., AND CASEY'S MARKETING COMPANY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system.

                                                              */s/ Elizabeth Collins*