IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>*Defendants*. | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS** |

Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company (collectively, "Defendants"), by and through their undersigned counsel and pursuant to Local Rule 7(h), respectfully request leave to file a Brief in Support of their Motion to Dismiss and Strike Class Allegations in excess of the twenty-page limit set forth in the Local Rules. In support of this Motion, Defendants state as follows:

1.  Plaintiff's Petition is brought by Plaintiff on behalf of himself and two putative classes, including: (1) "[a]ll citizens of the State of Iowa who, from August 28, 2023 to the present purchased merchandise from one of Defendant's stores in Iowa subject to an advertised discount who did not receive the discount at the point of sale" (the "Iowa Class"); and (2) "[a]ll persons who, from August 28, 2023 to the present, purchased merchandise from one of Defendant's stores subject to an advertised discount who did not receive the discount at the point of sale" (the "Nationwide Class"). (ECF No. 1-1 ¶ 21.) Plaintiff's Petition spans 74 paragraphs across 30 pages and contains claims for violations of the Iowa Consumer Fraud Act, fraud by omission, unjust enrichment, fraudulent misrepresentation, and negligent misrepresentation. (*Id.* ¶¶ 31–74.)

1

2. Local Rule 7(h) provides that the maximum length of a brief is twenty pages unless the Court grants leave to file an overlength brief.

3. In light of the number and complexity of individual and class claims asserted in Plaintiff's Petition, Defendants require additional pages to fully develop their legal arguments.

4. Good cause thus exists for Defendants to file an overlength Brief in Support of their Motion to Dismiss and Strike Class Allegations.

5. Defendants respectfully submit that the interests of justice will be served by permitting the filing of this overlength Brief and that no Party will be prejudiced by granting this Motion.

6. Defendants therefore respectfully seek leave of the Court to file an overlength Brief in Support of their Motion to Dismiss and Strike Class Allegations.

7. Counsel for Defendants has conferred with counsel for Plaintiff, but the Parties were not able to reach an agreement regarding overlength briefs. Defendants do not object to Plaintiff filing an overlength brief in opposition to this Motion.

8. In accordance with Local Rule 7(h), Defendants have attached their proposed Brief as "**Exhibit A**."

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request that this Court enter an Order granting them leave to file an overlength Brief in Support of their Motion to Dismiss and Strike Class Allegations, and that the Clerk of Court detach, file, and docket the attached document.

*[attorney signature block on next page]*

| | |
|---|---|
| Dated October 22, 2025 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | */s/ Nicholas A. Klinefeldt* |
| | Nicholas A. Klinefeldt, AT0008771 |
| | David Yoshimura, AT0012422 |
| | Carolyn A. Gunkel, AT0008944 |
| | Emily R. O'Brien, AT0015757 |
| | 801 Grand Avenue, 33rd Floor |
| | Des Moines, IA, 50309 |
| | Telephone: (515) 248-9000 |
| | Fax: (515) 248-9010 |
| | Email: *nick.klinefeldt@faegredrinker.com* |
| | *david.yoshimura@faegredrinker.com* |
| | *carolyn.gunkel@faegredrinker.com* |
| | *emily.obrien@faegredrinker.com* |
| | |
| | **ATTORNEYS FOR DEFENDANTS CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., AND CASEY'S MARKETING COMPANY** |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system.

*/s/ Elizabeth Collins*