IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>Defendant. | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT** |

COMES NOW Plaintiff, by and through counsel, and hereby requests oral argument on his Motion for a Temporary Injunction. Plaintiff originally filed his motion in state court (from which the case was subsequently removed), and oral argument there would have been set without specifically requesting it. Accordingly, Plaintiff did not request oral argument in his motion, as he would have pursuant to Local Rule 7(c) if the motion were originally filed in this Court. Plaintiff now expressly requests oral argument be set on his motion.

/s/ J. Barton Goplerud
**J. Barton Goplerud, AT0002983**
**Brian O. Marty, AT0011622**
SHINDLER ANDERSON GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone:   (515) 223-4567
Facsimile:    (515) 223-8887
Email: goplerud@sagwlaw.com
            marty@sagwlaw.com

CUNEO GILBERT & LaDUCA, LLP
Robert K. Shelquist (admitted pro hac vice)
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN 55416
(612) 254-7288
rshelquist@cuneolaw.com

CUNEO GILBERT & LaDUCA, LLP
Charles J. LaDuca*
Brendan S. Thompson*
2445 M Street NW, Suite 740
Washington, DC 20037
(202) 789-3960
charlesl@cuneolaw.com
brendant@cuneolaw.com
***ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASSES***
*Pro hac vice forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ J. Barton Goplerud