IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>Defendant. | Case No. 4:25-cv-00361-SMR-SBJ<br><br><br>**PLAINTIFF'S UNRESISTED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

COMES NOW Plaintiff, individually and on behalf of a class of similarly situated individuals, by and through his undersigned counsel, and for his Unresisted Motion for Leave to File Overlength Brief states as follows:

1.  Local Rule 7(h) provides that the maximum length of a brief is twenty pages unless the Court grants leave to file an overlength brief.

2.  With the Court's permission (and the undersigned's consent), Defendants filed a 22-page brief in support of their Motion to Dismiss and Strike Class Allegations. Dkt. 16.

3.  Given the complex nature of the issues raised in Defendants' Motion, Plaintiff seeks leave to exceed L.R. 7(h)'s page limitation for his Brief in Resistance. Plaintiff has attached his proposed brief, totaling 23 pages (excluding table of contents, table of authorities and signature block), hereto as **Exhibit 1**.

4.  Defendants do not oppose Plaintiff's request to exceed L.R. 7(h)'s page limitation.

| | |
|---|---|
| Dated: November 21, 2025 | /s/ J. Barton Goplerud<br>**J. Barton Goplerud, AT0002983**<br>**Brian O. Marty, AT0011622**<br>SHINDLER ANDERSON GOPLERUD & WEESE P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, Iowa 50265-5749<br>Telephone:    (515) 223-4567<br>Facsimile:    (515) 223-8887<br>Email: goplerud@sagwlaw.com<br>marty@sagwlaw.com<br><br>CUNEO GILBERT & LaDUCA, LLP<br>Robert K. Shelquist*<br>5775 Wayzata Blvd., Suite 620<br>St. Louis Park, MN 55416<br>(612) 254-7288<br>rshelquist@cuneolaw.com<br><br>CUNEO GILBERT & LaDUCA, LLP<br>Charles J. LaDuca*<br>Brendan S. Thompson*<br>2445 M Street NW, Suite 740<br>Washington, DC 20037<br>(202) 789-3960<br>charlesl@cuneolaw.com<br>brendant@cuneolaw.com<br><br>***ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASSES***<br><br>*Pro hac vice forthcoming |

### CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ J. Barton Goplerud