severity of striking class allegations at this early stage of the litigation, the Court—out of caution—will decline to strike the nationwide class allegations at this time.").

Here, as in the above cases, the purported yet largely unidentified "idiosyncrasies" between the states' laws is an issue for class certification, are not grounds to strike the nationwide class allegation at the pleadings stage.

## V. CONCLUSION

For the foregoing reasons, the Court should deny Defendants' Motion to Dismiss and Strike Class Allegations or, in the alternative, give Plaintiff a right to re-plead. Plaintiff requests oral argument considering the numerous arguments raised in Defendants' motion to dismiss and motion to strike, many of which overlap with the arguments raised in Plaintiff's Motion for Temporary Injunction for which Plaintiff has also requested oral argument. Hearing both motions at the same setting would conserve judicial resources.

Dated: November 21, 2025

CUNEO GILBERT & LaDUCA, LLP

By: s/ Robert K. Shelquist
Robert K. Shelquist, *Pro Hac Vice*
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN 55416
(612) 254-7288
rshelquist@cuneolaw.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER ANDERSON GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone:	(515) 223-4567
Facsimile:	(515) 223-8887
Email: goplerud@sagwlaw.com
marty@sagwlaw.com

CUNEO GILBERT & LaDUCA, LLP
Charles J. LaDuca*
Brendan S. Thompson*
2445 M Street NW, Suite 740
Washington, DC 20037
(202) 789-3960
charlesl@cuneolaw.com
brendant@cuneolaw.com

***ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASSES***

*Pro hac vice forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Robert K. Shelquist_____