IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff,*<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>*Defendants*. | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS** |

Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to Local Rule 7(j), submit this Motion to Extend Deadline to File Reply in Support of Motion to Dismiss and Strike Class Allegations (the "Motion") seeking a one-week extension on the currently pending reply brief deadline. In support of this Motion, Defendants state as follows:

1. Defendants filed their Motion to Dismiss and Strike Class Allegations on October 22, 2025. (ECF Nos. 11, 16.)

2. Plaintiff filed his Resistance to Defendants' Motion to Dismiss and Strike Class Allegations on November 21, 2025. (ECF Nos. 18, 20.)

3. Pursuant to the Court's stipulated scheduling order, Defendants' deadline to file their Reply in Support of their Motion to Dismiss and Strike Class Allegations is December 5, 2025. (*See* ECF No. 6.)

4. Due to the nature and scope of the issues presented in the Motion and in Plaintiff's resistance brief, in conjunction with the federal holiday during the previously set reply period,

Defendants respectfully request an extension of one week, up to and including Friday, December 12, 2025, to file their Reply in Support of Motion to Dismiss and Strike Class Allegations.

5.      This deadline has not been extended previously.

6.      This extension will not prejudice any Party.

7.      Pursuant to Local Rule 7(k), Defendants' counsel has conferred in good faith with Plaintiff's counsel regarding this requested extension. Plaintiff's counsel indicates that Plaintiff does not agree to the request stated in this Motion.

**WHEREFORE**, Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company respectfully request that this Court grant their Motion to Extend Deadline to File Reply in Support of Motion to Dismiss and Strike Class Allegations, up to and including December 12, 2025.


Dated: December 4, 2025                    **FAEGRE DRINKER BIDDLE & REATH LLP**

                                          */s/ Nick Klinefeldt*
                                          Nicholas A. Klinefeldt, AT0008771
                                          David Yoshimura, AT0012422
                                          Carolyn A. Gunkel, AT0008944
                                          Emily R. O'Brien, AT0015757
                                          801 Grand Avenue, 33rd Floor
                                          Des Moines, IA, 50309
                                          Telephone: (515) 248-9000
                                          Fax: (515) 248-9010
                                          Email: *nick.klinefeldt@faegredrinker.com*
                                              *david.yoshimura@faegredrinker.com*
                                              *carolyn.gunkel@faegredrinker.com*
                                              *emily.obrien@faegredrinker.com*

                                          **ATTORNEYS FOR DEFENDANTS
                                          CASEY'S RETAIL COMPANY, CASEY'S
                                          GENERAL STORES, INC., AND CASEY'S
                                          MARKETING COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2025, a true copy of the foregoing document was served upon all Parties of record through the Court's CM/ECF electronic filing system, with a copy sent via electronic notice to all counsel of record.

*/s/ Paulette Ohnemus*