IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>Defendant. | **Case No. 4:25-cv-00361-SMR-SBJ**<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME** |

COMES NOW Plaintiff, individually and on behalf of a class of similarly situated individuals, by and through the undersigned counsel, and for his Response to Defendants' Motion for Extension of Time states as follows:

The undersigned counsel routinely consent to reasonable requests for extensions of time. Here, however, the parties' counsel met-and-conferred regarding the briefing schedule related to the pending motion to dismiss, and specifically discussed the impact of the Thanksgiving holiday on Defendants' deadline for filing their reply brief, before agreeing on the present schedule. Additionally, this is a reply brief, which is limited by the local rules to five pages and which may only respond to new and unanticipated arguments in Plaintiff's resistance.

On December 3, 2025, in response to Defendants' counsel's requested extension, Plaintiff's counsel Bart Goplerud emailed the following: "Nick, we all agreed to the schedule and we discussed the holiday in particular. Why with all of your team available, and that it is only a reply brief do you need an extra week? I can't agree under the current circumstances. I await your response. Thank you. Bart." Then, two hours later, Mr. Goplerud followed up, stating: "I'm fine

to talk tomorrow after 9:30 please call my cell thank you. [cell number.]" Defendants' counsel never contacted Plaintiff's counsel and instead proceeded with filing the motion for extension of time.

Respectfully submitted,

/s/ Brian O. Marty
**J. Barton Goplerud, AT0002983**
**Brian O. Marty, AT0011622**
SHINDLER ANDERSON GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com
marty@sagwlaw.com

CUNEO GILBERT & LaDUCA, LLP
Robert K. Shelquist*
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN 55416
(612) 254-7288
rshelquist@cuneolaw.com

CUNEO GILBERT & LaDUCA, LLP
Charles J. LaDuca*
Brendan S. Thompson*
2445 M Street NW, Suite 740
Washington, DC 20037
(202) 789-3960
charlesl@cuneolaw.com
brendant@cuneolaw.com
***ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASSES***
*Pro hac vice forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2025, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Brian O. Marty________________