IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>*Defendants*. | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS** |

Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company (collectively, "Defendants"), by and through their undersigned counsel and pursuant to Local Rule 7(h), respectfully request leave to file a Reply Brief in support of their Motion to Dismiss and Strike Class Allegations in excess of the five-page limit set forth in the Local Rules. Defendants have conferred with Plaintiff, and Plaintiff does not oppose this Motion. In support of this Motion, Defendants state as follows:

1. Plaintiff's Petition is pleaded on behalf of himself and two putative classes. (ECF No. 1–1 ¶ 21.) Plaintiff's Petition spans 74 paragraphs across 30 pages and contains claims for violations of the Iowa Consumer Fraud Act, fraud by omission, unjust enrichment, fraudulent misrepresentation, and negligent misrepresentation. (*Id.* ¶¶ 31–74.)

2. Plaintiff's Resistance to Defendants' Motion to Dismiss and Strike Class Allegations spans 24 pages. (ECF No. 20.)

3. Local Rule 7(g) provides that the maximum length of a reply brief is five pages unless the Court grants leave to file an overlength brief.

4. In light of the number and complexity of individual and class claims asserted in Plaintiff's Petition, Defendants require additional pages to fully develop their legal arguments.

5. Good cause thus exists for Defendants to file an overlength Reply Brief in Support of their Motion to Dismiss and Strike Class Allegations.

6. Defendants respectfully submit that the interests of justice will be served by permitting the filing of this overlength Brief and that no Party will be prejudiced by granting this Motion.

7. Defendants therefore respectfully seek leave of the Court to file an overlength Reply Brief in Support of their Motion to Dismiss and Strike Class Allegations.

8. Counsel for Defendants has conferred with counsel for Plaintiff, and Plaintiff has no objection the relief .

9. In accordance with Local Rule 7(h), Defendants have attached their proposed Brief as "**Exhibit A**."

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request that this Court enter an Order granting them leave to file an overlength Reply Brief in Support of their Motion to Dismiss and Strike Class Allegations, and that the Clerk of Court detach, file, and docket the attached document.

[*attorney signature block on next page*]

Dated: December 12, 2025                **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
David Yoshimura, AT0012422
Carolyn A. Gunkel, AT0008944
Emily R. O'Brien, AT0015757
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
*david.yoshimura@faegredrinker.com*
*carolyn.gunkel@faegredrinker.com*
*emily.obrien@faegredrinker.com*

**ATTORNEYS FOR DEFENDANTS CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., AND CASEY'S MARKETING COMPANY**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 12, 2025, a true copy of the foregoing document was served upon all Parties of record through the Court's CM/ECF electronic filing system, with a copy sent via electronic notice to all counsel of record.

                                                */s/ Paulette Ohnemus*