IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>*Defendants*. | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**DEFENDANTS' MOTION TO STAY AND COMPEL ARBITRATION**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company (collectively, "Defendants"), by and through their undersigned counsel, move to stay this case and compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1–16. In support of this Motion, Defendants submit their Brief in Support, contemporaneously filed herewith.

For the reasons stated in Defendants' Brief in Support of their Motion to Stay and Compel Arbitration, the Court should stay the case and compel Plaintiff to initiate arbitration.

Defendants respectfully request the opportunity to be heard at oral argument on this Motion.

**WHEREFORE,** Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company respectfully request that this Court stay this case and compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1–16.

1

Dated: January 29, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
David Yoshimura, AT0012422
Carolyn A. Gunkel, AT0008944
Emily R. O'Brien, AT0015757
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
*david.yoshimura@faegredrinker.com*
*carolyn.gunkel@faegredrinker.com*
*emily.obrien@faegredrinker.com*

**ATTORNEYS FOR DEFENDANTS CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., AND CASEY'S MARKETING COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2026, a true copy of the foregoing document was served upon all Parties of record through the Court's CM/ECF electronic filing system, with a copy sent via electronic notice to all counsel of record.

*/s/ Paulette Ohnemus*