# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff,*<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>*Defendants.* | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**DECLARATION OF JUSTIN COALDRAKE IN SUPPORT OF DEFENDANTS' MOTION TO STAY AND COMPEL ARBITRATION** |

I, Justin Coaldrake, declare as follows:

1. I have personal knowledge of the following facts and, if called upon to testify, I could and would competently testify to their truth and accuracy.

2. I am the Senior Director of Omnichannel Guest Experience and Media for Casey's.

3. Participation in Casey's Rewards is voluntary, and customers do not need a Casey's Rewards account in order to purchase goods from a Casey's store.

4. In order to sign up for a Casey's Rewards account, a customer must register for an account on the Casey's website or through Casey's mobile app.

5. The Casey's Rewards enrollment page on Casey's website states, "By creating an account, you acknowledge that you have read our Privacy Policy, and agree to our Terms & Conditions and Casey's Rewards Terms of Use."

6. The enrollment screen on the Casey's Rewards mobile app states, "By creating an account, you acknowledge that you have read our Privacy Policy, and agree to our Terms & Conditions and you are at least 13."

7. The words "Terms & Conditions" on both the website enrollment page and the mobile app enrollment screen include a hyperlink that directs customers to Casey's Terms and Conditions of Use.

8. Attached as Exhibit 1 is a true and correct copy of the Casey's Terms and Conditions of Use effective February 19, 2025.

9. Attached as Exhibit 2 is a true and correct copy of the Casey's Terms and Conditions of Use effective December 2, 2019.

10. Plaintiff enrolled in Casey's Rewards on September 21, 2022 via the Casey's mobile app.

11. Plaintiff has participated in Casey's Rewards promotions dozens of times since that date, including but not limited to 15 unique purchases with redeemed discounts.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S. Code § 1746, that the foregoing is true and correct.

Executed this 29th day of January, 2026.

Justin Coaldrake