# EXHIBIT 1

# Terms and Conditions of Use

Last updated on February 19, 2025.

Welcome to the websites, social media sites, mobile applications and loyalty and advertising programs operated by Casey's General Stores, Inc. and its subsidiary companies (collectively "**Casey's**," "**we**" or "**us**"). This Terms and Conditions of Use ("**Terms**") contains the terms upon which Casey's agrees to provide you with access to and use of its websites, mobile applications, customer accounts, blogs, social media sites, email, loyalty and mobile advertising programs ("**Sites**") and all related content, promotions, programs and services available through the same (collectively, the "**Services**"). For purposes of these Terms, "you" or "your" means the person accessing the Sites and Services and any persons that allow others to provide information about themselves to us.

**THESE TERMS CONSTITUTE A BINDING AGREEMENT BETWEEN YOU AND US. PLEASE READ THESE TERMS CAREFULLY. YOUR ACCESS TO AND USE OF ANY PART OF THE SITES AND SERVICES CONSTITUTES YOUR EXPRESS AGREEMENT TO THESE TERMS AND ALL APPLICABLE LAWS AND WE RESERVE THE RIGHT TO TERMINATE YOUR ACCESS TO THE SITES AND SERVICES IF YOU VIOLATE THESE TERMS. BY CLICKING ON LINKS WITHIN THE SITES AND SERVICES BEYOND THE HOMEPAGE OR BY CLICKING ON A BOX OR ICON YOU AGREE TO THESE TERMS WHETHER OR NOT YOU COMPLETE A TRANSACTION WITH US AND WHETHER OR NOT YOU COMPLETE YOUR TRANSACTION ON THE SITES OR THROUGH OTHER CHANNELS, SUCH AS BY TELEPHONE, EMAIL, FACSIMILE, OR OTHERWISE. IF YOU DO NOT AGREE WITH THESE TERMS DO NOT ACCESS OR USE THE SITES AND SERVICES.**

**MANDATORY ARBITRATION NOTICE AND CLASS ACTION AND JURY TRIAL WAIVER.** These Terms contain a mandatory (binding) arbitration provision and class action and jury trial waiver clauses. Except for certain types of disputes described in the arbitration section below or where prohibited by applicable law, you agree that disputes between you and us regarding your use of the Sites or Services will be resolved by binding, individual arbitration and you waive your right to participate in a class action lawsuit or class-wide arbitration, including as a class representative. The arbitrator's decision will be subject to very limited review by a court. You will be entitled to a fair hearing, but the arbitration procedures are simpler and more limited than rules applicable in Court. For more details, see below.

1. **ACCEPTANCE OF TERMS.** BY USING AND ACCESSING ANY PART OF THE SITES AND SERVICES, YOU EXPRESSLY ACKNOWLEDGE, REPRESENT AND AGREE THAT: (A) YOUR USE OF THE SITES AND SERVICES ARE SUBJECT TO AND GOVERNED BY THESE TERMS; (B)

YOU WILL ALWAYS ACT IN ACCORDANCE WITH THE LAW AND CUSTOM, AND IN GOOD FAITH; (C) YOU WILL COMPLY WITH AND BE BOUND BY THESE TERMS AS THEY APPEAR ON THE SITES EACH TIME YOU ACCESS AND USE THE SITES; (D) EACH USE OF THE SITES BY YOU INDICATES AND CONFIRMS YOUR AGREEMENT TO BE BOUND BY THESE TERMS; AND (E) THESE TERMS ARE A LEGALLY BINDING AGREEMENT BETWEEN YOU AND US THAT WILL BE ENFOCEABLE AGAINST YOU.

2. **UPDATING TERMS.** Casey's reserves the right, at its discretion, to change, delete, and update these Terms and any other policies that govern or relate to the Sites and Services, at any time, for any reason, and in Casey's sole discretion. Casey's also reserves the right to discontinue any Sites and Services, and/or to terminate your access to or use of the Sites and Services. It is your responsibility to periodically review these Terms for changes. Any amendments and modifications by Casey's will be prospective, and unless otherwise provided in these Terms, will be effective upon being posted on one or more of the Sites and Services. The Terms can be accessed from the link at the bottom of web page accessible at caseys.com. Your access and/or use of any of the Sites and Services after these Terms are amended or updated shall be deemed acceptance of all such changes.

3. **PRIVACY.** Casey's is committed to providing transparency in how it collects, uses and shares data. It is your responsibility to read and understand Casey's Privacy Policy, which is also updated from time to time. Any information you provide to Casey's or is otherwise collected by Casey's or its affiliates and agents when you access or use the Sites and Services, is subject to Casey's Privacy Policy.

4. **ACCESSIBILITY.** Casey's values all of its customers, and it is our goal to provide an excellent online experience for all our customers, including our customers with disabilities. As part of this goal, www.caseys.com and our mobile applications have been designed and developed to comply with the Level A and AA Success Criteria set forth in the Web Content Accessibility Guidelines (WCAG). These guidelines are updated from time to time and our accessibility efforts are ongoing. In addition, some of the Sites and Services are provided by third parties (such as social media platforms). For further information, please see our Web Accessibility Statement. If you have questions or comments regarding the accessibility of www.caseys.com or our mobile application, or would like to report an issue you are experiencing, please contact us here. You expressly agree to attempt to work with us in good faith to obtain access to our Site and Services and that you will not threaten or assert any claims regarding accessibility of our Sites and Services against us unless you have first provided us with clear, written notice of the inaccessibility problem(s) and a thirty (30) day period to remedy the problem.

5. **REGISTRATION.** If you register or provide personal contact information through our Sites and Services, you agree to provide truthful, accurate, and reliable information about yourself. If you obtain a username and password in connection with your registration, you agree to safeguard the confidentiality of your password and agree that you will not disclose or share the password with any third parties. You are responsible for all activities that may occur under your username or password. You agree to notify us immediately of any unauthorized access to or use of your username or password or any other breach of security. You also agree to ensure that you sign out of or exit from your account at the end of each session. You should use particular caution when accessing your account from a public or shared computer so that others are not able to view or record your password or other personal information. We have the right to disable any username, password, or other identifier, whether chosen by you or provided by us, at any time

in our sole discretion for any reason, including if, in our opinion, you have violated any provision of these Terms.

6. **OWNERSHIP RIGHTS.** Casey's and/or its content providers and third-party vendors (as applicable): (a) own or license all of the content, materials, and other intellectual property related to the Sites and Services, including, without limitation, all trademarks, logos, text, graphics, photographs, music, data, images, audio and video clips, software, names, button icons, logos, images, designs, look and feel, compilation, titles, words or phrases, page headers, service names, advertisements, promotions, trademarks, patents, and copyrights (collectively, "**Materials**"); and (b) expressly reserve all right, title, and interest in and to the Materials. You have no rights to use the Materials except as expressly set forth in these Terms. Any use of the Materials that is not expressly authorized by these Terms is prohibited. All of the Materials accessible on or through the Sites and Services are owned by Casey's and are registered and/or protected by U.S. and international copyright, trademark, and other laws. Casey's reserves all rights in and to its Materials. You agree to retain all trademark, copyright and all other proprietary notices contained in or on the Sites and Services. You may not delete or change any copyright or trademark notices, and may not alter or modify the Materials in any manner without the express written permission of Casey's. You may not copy or use any of the Materials or Casey's intellectual property in any way that is not expressly authorized herein without first obtaining written consent from Casey's.

7. **LIMITED LICENSE.** Subject to these Terms, Casey's grants you a limited, non-exclusive, revocable, and non-transferable license to access and use the Materials, Sites, and Services for your non-commercial, personal and informational use and/orto obtain products, services, rewards or information from Casey's. You may not use any part of the Materials, Sites, and Services for commercial purposes, to compete with Casey's in any way (either directly or indirectly) or to harm Casey's in any way. If you breach any of these Terms, the above license will terminate automatically and you must immediately destroy any downloaded or printed Materials.

8. **ONLINE PURCHASES.** When you place an order online, you understand and expressly agree that there is a risk of fraud or security breach. While Casey's takes industry standard efforts to protect your transaction and sensitive information, Casey's disclaims any and all warranties that such transactions will be error-free or may not be subject to a third party security breach and you waive all claims relating to the same.

9. **SMS TERMS AND CONDITIONS.** When you provide your telephone number and opt-in to marketing and promotional communications from Casey's, you will receive promotional and personalized marketing text messages from Casey's. These communications may be sent using an automatic telephone dialing system or an artificial or prerecorded voice. By providing us with your telephone number and affirmatively opting in, you are explicitly consenting to receive all forms of communications as described in these SMS Terms and Conditions. On average, we usually send no more than five promotional or marketing communications per month, although message frequency may vary depending on specific marketing campaigns.

    If you provide a wireless number, you represent that you are the subscriber or a regular user of that number with the authority to consent to communications. You also agree to notify us any time the telephone number you provided to us changes. Please be aware that standard text message and data rates may apply as per your individual wireless carrier's rate plan, and we encourage you to review your carrier's terms for details. You

acknowledge and understand that your decision to opt in to receive promotional messages is completely voluntary and you are not required to provide consent as a condition of purchasing goods or services from Casey's or creating an account on our Sites.

You can opt out at any time by texting "STOP" to 227397 (CASEYS). For help or additional information, you can text "HELP" to 227397 (CASEYS) or contact us here.

**Consent to Use Electronic Records and Signatures**

By agreeing to these Terms, you authorize Casey's to communicate with you electronically, including sending notices, disclosures, agreements, policies, records, receipts, statements, invoices, and other account-related information. Your electronic signature will be as legally binding as a handwritten one. You can request paper copies of any electronic records by contacting us here or at privacy@caseys.com. You may withdraw your consent at any time by contacting us, but this may terminate your access to certain Services. To receive and view electronic records, ensure you have a valid email address, an internet-capable device with an update browser (Microsoft Edge, Google Chrome, Firefox, Safari) and Adobe Reader for PDF files. Notify us promptly of any changes to your email address to ensure delivery of electronic records. For questions or concerns, contact us at privacy@caseys.com.

10. **SYSTEMS/MOBILE DEVICES.** Some operating systems and mobile devices may not be capable of accessing the Sites and Services. Casey's is not responsible or liable for any errors, inaccuracies, faults, or failures arising in connection with your attempts to access or use any of the Sites and Services. You agree that you alone are responsible for all access and connectivity charges assessed by your communications carrier in connection with access to or use of the Sites and Services.

11. **USER-GENERATED CONTENT.** If you upload, post, or otherwise submit any materials, ideas, suggestions or content to Casey's through or on any of the Sites and Services ("**User Content**"), such User Content shall be owned by and the property of Casey's. You irrevocably, without further payment or consideration, assign such User Content to Casey's at the time of posting or transmitting the User Content to Casey's. To the extent any User Content may not be assignable, you grant to Casey's and its affiliated entities a non-exclusive, perpetual, irrevocable, transferrable, sub-licensable, fully paid-up, royalty-free, worldwide license to use, copy, reproduce, modify, publish, display, distribute, perform, exploit, and prepare derivative works of the User Content in connection with Casey's business operations and advertising initiatives. Casey's is not and shall not be required to maintain confidentiality for User Content, to pay the user or submitter of such information compensation for the User Content, or to monitor or respond to any User Content submitted. You agree that you will not submit any User Content to Casey's which will or could violate any copyright, trademark, privacy or other protected information of a third party. You understand and agree that you will be solely responsible for all User Content you submit to Casey's. For these reasons, please ensure that you not send any User Content that you do not wish to irrevocably assign to Casey's (including, without limitation, any confidential information or any original creative materials such as stories, ideas, computer code or original artwork). You are and will continue to be solely responsible for all third-party claims, liabilities, and damages arising from or in connection with your User Content, and Casey's assumes no liability for User Content. You represent and warrant that any User Content submitted by you will not infringe upon the rights of others, is truthful and accurate in all respects, and is content that you have the right to submit to Casey's

and grant the assignments/licenses herein. You agree to indemnify and hold harmless Casey's and its affiliates for any claims and/or damages related to User Content you have posted or caused to be posted (directly or indirectly) on or through any of the Sites and Services.

12. **CONTENT STANDARDS.** These content standards apply to any and all User Content ("**Content Standards**"). User Content must in their entirety comply with all applicable federal, state, local, and international laws and regulations. Without limiting the foregoing, User Content must not:

    - Contain any material that is defamatory, obscene, indecent, abusive, offensive, harassing, violent, hateful, inflammatory, or otherwise objectionable.

    - Promote sexually explicit or pornographic material, violence, or discrimination based on race, sex, religion, nationality, disability, sexual orientation, or age.

    - Infringe any patent, trademark, trade secret, copyright, or other intellectual property or other rights of any other person.

    - Violate the legal rights (including the rights of publicity and privacy) of others or contain any material that could give rise to any civil or criminal liability under applicable laws or regulations or that otherwise may be in conflict with these Terms and our Privacy Policy.

    - Be likely to deceive any person.

    - Promote any illegal activity, or advocate, promote, or assist any unlawful act.

    - Cause annoyance, inconvenience, or needless anxiety or be likely to upset, embarrass, alarm, or annoy any other person.

    - Impersonate any person or misrepresent your identity or affiliation with any person or organization.

    - Involve commercial activities or sales, such as contests, sweepstakes, and other sales promotions, barter, or advertising.

    - Give the impression that they emanate from or are endorsed by us or any other person or entity, if this is not the case.

    We have the right to take any action with respect to any User Content that we deem necessary or appropriate in our sole discretion, including if we believe that such User Content violates the Terms, including the Content Standards, infringes any intellectual property or other right of any person or entity, threatens the personal safety of users of the Sites or the public, or could create liability for us.

13. **COPYRIGHT ABUSE & NOTICE.** Upon proper notice, Casey's will remove User Content that violate copyright law. Casey's may also suspend access and/or use to all or a part of the Sites and Services to any user who uses the Sites and Services in violation of copyright law. Pursuant to federal law, Casey's has implemented procedures for receiving written notification of claimed copyright infringement. If you believe your work has been used in a way that constitutes copyright infringement, then you must send Casey's designated copyright agent written notification of claimed infringement in compliance with the Digital Millennium Copyright Act, 17 USC Section 512 et seq. Please note that you will be liable for damages (including costs and attorneys' fees) if you materially misrepresent that a work or material is infringing your copyrights. If you are not sure whether material available online infringes your

copyright, we suggest that you first contact an attorney prior to sending Casey's a takedown notice. To provide adequate notice under this provision:

- Provide Casey's with the information set forth below in a written communication via fax or regular mail. Do not provide written notice via electronic mail unless you receive prior, written authorization from Casey's. All information must be provided in sufficient detail to allow Casey's to properly investigate your claim.

- Identify the copyrighted work you believe has been infringed;

- Identify the material you claim is infringing upon your copyright;

- Include sufficient information for Casey's to contact you, including your name, address, phone number and email if possible;

- Include information, if possible, sufficient to permit Casey's to notify the person or entity who is infringing on your copyright, including name, address, phone number and email if possible;

- Include the following statements in your written notice: "I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law;" and "I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;"

- Sign the written notice; and

- Send the written communication to Casey's designated agent at the following address:

  Corporate General Counsel
  One S.E. Convenience Boulevard
  Ankeny, Iowa 50021
  Fax: 515-965-6160
  Attn: Casey's General Stores, DMCA Complaints

  If your content is or has been removed under this section and you believe it was done in error or bad faith, you may provide the designated agent identified above with counter notice, so long as it meets all of the requirements set forth in 17 U.S.C. § 512(g)(3).

14. **FAIR & TRUTHFUL ADVERTISING.** Casey's endeavors to engage in truthful and transparent methods of advertising and expects users of the Sites and Services to do the same. If you provide any endorsements or testimonials on or through any of the Sites and Services, you must provide only your honest opinions and experiences. If you are an employee of Casey's, or if you receive any compensation, free products or services, or any other value from Casey's, you must disclose that with any testimonials or endorsements you may provide on or through the Sites and Services.

15. **PROHIBITED CONDUCT.** You may not:
    - Violate or attempt to violate the security of the Sites and Services or to interfere with any intellectual property or proprietary rights in or to the same;
    - Use or access the Sites and Services to transmit, copy, reproduce, modify, republish, upload, post, transmit, email, or distribute any material or content that infringes any

copyright, trademark, proprietary, or other right of any person or entity (including Casey's) or that otherwise violates these Terms;

- Redeliver or publish all or part of the Sites and Services using framing, scraping, or any other related technology;

- Use or incorporate any of Casey's trademarks, trade dress, the name of any Casey's personnel, or any variation of these items as a metatag, Adword, hidden textual element, or in any other fashion that may create a false or misleading impression of affiliation, sponsorship, or endorsement between Casey's and you, or any other individual or entity;

- Upload, email or otherwise transmit to Casey's and/or through the Sites and Services any of the following: sexually-explicit images or statements; advertising, promotional, or other unauthorized communication, including, without limitation, commercial solicitations, junk mail, surveys, unsolicited email, spam, and any material that contains viruses, Trojan horses, worms, time bombs, malware, cancelbots, or any other computer code, files or programs that could interrupt, limit or interfere with, damage, surreptitiously intercept, breach or expropriate any system, data or information related to or connected with the Sites and Services, or any computer software, hardware, cloud, hosted system or other equipment that is owned, leased or in any way used by Casey's;

- Use the Sites and Services to post or transmit any threatening, false, misleading, abusive, harassing, libelous, defamatory, vulgar, obscene, pornographic, or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense, give rise to civil liability, or otherwise violate any law;

- Take any action that imposes, or may impose, in Casey's sole discretion, an unreasonable or disproportionately large data load on Casey's system or infrastructure;

- Interfere or attempt to interfere with the proper working of the Sites and Services or any activities conducted on or through the Sites and Services;

- Bypass measures used by Casey's to prevent or restrict access to the Sites and Services, violate or attempt to violate the security or authentication measures of the system, or attempt to prove, scan, or test the vulnerability of a system or network without proper written authorization from Casey's; or

- Impersonate any person or entity, misrepresent any affiliation with another person, entity or association, use false email or other headers, or otherwise falsify your identity from Casey's for any purpose.

The license granted to you under these Terms to access and use the Sites and Services shall automatically terminate if you violate any of these restrictions. Casey's reserves the right to disclose the identity of anyone posting or transmitting information or materials violating the above prohibitions. We have no obligation, but maintain the right, to monitor the Sites. This list of prohibited activities provides examples and is not complete or exclusive. We reserve the right to terminate access to your account and your ability to use the Sites (or the Materials) with or without cause and with or without notice, for any reason or no reason, or for any action that we determine is inappropriate or disruptive to the Sites or to any other user of the Sites and/or Materials. We may report to law enforcement authorities any actions that may be illegal, and any reports we receive of such conduct. When legally required or at our discretion, we will cooperate with law enforcement agencies in any investigation of alleged illegal activity on the

Sites or on the Internet, which may include disclosing any information we obtain. In addition, we may disclose information we obtain as necessary or appropriate to operate or improve the Sites, to protect us and/or our Site users, or for any other purpose that the law permits.

16. **CONTACTS/SOLICITATIONS.** In certain cases, users and other contributors of content might post their email address or other contact information on or through the Sites and Services. The contact information is to be used only for purposes of contacting that individual to discuss the content that they posted. You may not contact those individuals or any employees of Casey's for commercial purposes in any manner without the prior written consent of Casey's.

17. **TERMINATION, REMOVAL OF MATERIALS, AND MONITORING.** These Terms are effective until terminated. Casey's may terminate, restrict, or suspend all or part of your license to access and use the Sites and Services and may delete any User Content transmitted to or through the Sites and Services, at any time, in its sole discretion, without prior notice to you and without any liability to you. Casey's has the right (but not the affirmative responsibility) to take any action relating to User Content that it deems necessary or appropriate if such information, as determined in Casey's sole discretion, may create liability for Casey's, its affiliates, agents, customers, or its contractors or may affect Casey's business relationships or contracts with its agents, customers, or its contractors. Casey's further reserves the right to remove any materials that it deems to be defamatory, abusive, offensive, illegal, harassing, immoral, disruptive or do not conform to these Terms - though Casey's shall be under no affirmative obligation to monitor any of the foregoing or to otherwise screen or monitor any communications or information prior to posting.

18. **WEBSITE LINKING.** For your general informational use only, Casey's may provide access to third-party websites. These links allow you to leave the Sites and Services. Casey's is unable to verify, and takes no responsibility for, the contents of any third-party website that may be linked to or through any of the Sites and Services. By providing access to other websites, Casey's is not recommending or supporting any third party, is not recommending the purchase or sale of any products or services of a third party, and is not endorsing or acknowledging that it is affiliated with any website's sponsoring organization. Casey's does not expressly, or by implication, endorse, recommend, or make any representations or warranties related to any commercial product, process or service (whether by trade name, trademark, service mark, generic description or referral to a distributor or manufacturer) referred to on any third-party website or related to creation of links to such site. Before relying on any information contained on any third-party website, you are cautioned to undertake your own independent evaluation of its accuracy, completeness, usefulness, timeliness and correct sequencing, and protections against potential viruses and other malicious code in downloaded material. YOU AGREE THAT WE WILL NOT, UNDER ANY CIRCUMSTANCES, BE RESPONSIBLE OR LIABLE, DIRECTLY OR INDIRECTLY, FOR ANY GOODS, SERVICES, INFORMATION, RESOURCES AND/OR CONTENT AVAILABLE ON OR THROUGH ANY THIRD-PARTY WEBSITES AND/OR THIRD-PARTY DEALINGS OR COMMUNICATIONS, OR FOR ANY HARM RELATED THERETO, OR ANY DAMAGES OR LOSSES CAUSED OR ALLEGED TO BE CAUSED BY OR IN CONNECTION WITH YOUR USE OR RELIANCE ON THE CONTENT OR BUSINESS PRACTICES OF ANY THIRD PARTY.

19. **VIRUSES.** Casey's cannot and does not guarantee or warrant that files available for downloading from the Sites and Services are free of viruses, worms, trojan horses, malware, web cells or other code that may have contaminating, destructive or security-vulnerable

properties. It is your responsibility to review and scan any and all downloaded materials from the Sites and Services and/or any links provided by or through the Sites and Services. Casey's will not be responsible or liable for any damage caused by your use of the Sites and Services.

20. **RELIANCE ON INFORMATION POSTED.** The descriptions, pictures, representations of products, promotions and/or other information available on the Sites and Services may contain inaccuracies and/or errors. Casey's does not make any warranty or representation with respect to the accuracy, usefulness, or completeness of any such information, and reserves the right to correct the same without penalty. Furthermore, the prices and availability of products on the Sites may change without notice to you at any time in Casey's sole discretion. Casey's shall have the right to refuse or cancel any advertisements placed or listed at an incorrect price or location. Any reliance you place on any information is strictly at your own risk. We disclaim all liability and responsibility from any reliance placed on such materials by you or any other visitor to the Sites, or by anyone who may be informed of any of its contents. The Sites may include content provided by third parties, including materials provided by other users, bloggers, and third-party licensors, syndicators, aggregators, and/or reporting services. All statements and/or opinions expressed in these materials, and all articles and responses to questions and other content, other than the content provided by us, are solely the opinions and the responsibility of the person or entity providing those materials. These materials do not necessarily reflect our opinion. We are not responsible, or liable to you or any third party, for the content or accuracy of any materials provided by any third parties.

21. **FINANCIAL INFORMATION.** Our use of the words 'expect,' 'anticipate,' 'estimate,' 'forecast,' 'objective,' 'plan,' 'anticipates,' 'estimates,' and other similar words may relate to forward looking statements which do not relate strictly to historical or current facts, and may address, among other things, Casey's strategy for growth, product development, market position, expenditures and financial results. Certain statements contained on the Sites and Services, including any discussion of management expectations for future periods, constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such forward-looking statements involve known and unknown risks, uncertainties, and other factors that may cause actual results to differ materially from future results expressed or implied by those statements. Casey's disclaims any intention or obligation to update or revise forward-looking statements, whether as a result of new information, future events, or otherwise. The information on the Sites and Services do not constitute an offer to sell or solicitation of an offer to buy any security. By using the Sites and Services, you agree that Casey's is not providing any investment advice with respect to the purchase of securities. Prior to the execution of any transaction by you involving information you received from the Site, you should consult your business advisor, attorney, and tax and accounting advisors with respect to the price, suitability, value or other aspects of any stock, mutual fund, security or other investment.

22. **APP STORES.** You acknowledge and agree that the availability of our mobile applications may be dependent on the third party from which you received the application's license, e.g., the Apple iPhone or Android app stores ("**App Store**"). You acknowledge and agree that these Terms are between you and us and not with the App Store and that we are responsible for the provision of Services as described in these Terms. However, if you downloaded the mobile applications from the Apple App Store, Apple and its subsidiaries are third-party beneficiaries of these Terms. Upon your acceptance of these Terms, Apple shall have the right (and will be deemed to have accepted the right) to enforce these Terms against you as a third-party

beneficiary thereof. These Terms incorporate by reference **Apple's Licensed Application End User License Agreement**, for purposes of which, you are "the end-user." In the event of a conflict in the terms of the Licensed Application End User License Agreement and these Terms, these Terms will control.

23. **DISCLAIMERS.** TO THE EXTENT PERMITTED BY APPLICABLE LAW, ALL INFORMATION, SERVICES, AND MATERIALS AVAILABLE THROUGH THE SITES AND SERVICES ARE FURNISHED TO YOU ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT ANY IMPLIED OR EXPRESS WARRANTY OF ANY KIND (INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SUITABILITY, SECURITY, CORRECTNESS, ACCESSIBILITY AND NON-INFRINGEMENT). CASEY'S, ITS SUBSIDIARIES, AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES, CONTRACTORS, AGENTS, AND SUPPLIERS (COLLECTIVELY THE "**CASEY'S PARTIES**") MAKE NO REPRESENTATION OR WARRANTY REGARDING: (A) THE CONTINUED AVAILABILITY, RELIABILITY, ACCURACY, ACCESSIBILITY, RESULTS OR PERFORMANCE OF THE SITES AND SERVICES; (B) THE EXISTENCE (OR ABSENCE) OF ANY VIRUS, WORM, MALWARE, MALICIOUS CODE OR OTHER DISABLING DEVICES OR CODE FROM ANY SOURCES; (C) THE UNAUTHORIZED ACCESS TO OR USE OF YOUR INFORMATION BY A PARTY OTHER THAN THE CASEY'S PARTIES; (D) ANY TECHNICAL FAILURES (INCLUDING HARDWARE OR SOFTWARE FAILURES); OR (E) LOSS, USE OR MISUSE OF DATA. BY PROVIDING THE SERVICES ON THE SITES, WE DO NOT IN ANY WAY PROMISE THAT THE SERVICES WILL REMAIN AVAILABLE TO YOU. WE ARE ENTITLED TO TERMINATE ALL OR PART OF ANY OF THE SITES AT ANY TIME, IN OUR SOLE DISCRETION WITHOUT NOTICE TO YOU.

24. **LIMITATION OF LIABILITY.** YOUR USE OF THE SITES IS AT YOUR OWN RISK. YOU AGREE THAT THE CASEY'S PARTIES ARE NOT LIABLE FOR ANY CONSEQUENTIAL, SPECIAL, DIRECT, INDIRECT, EXEMPLARY, OR PUNITIVE DAMAGES. IN NO EVENT SHALL THE CASEY'S PARTIES' TOTAL LIABILITY TO YOU FOR ANY DAMAGES, LOSSES, FEES AND EXPENSES (INCLUDING ATTORNEYS' FEES), WHETHER IN CONTRACT, TORT, OR OTHERWISE EXCEED THE AMOUNT (IF ANY) PAID BY YOU TO CASEY'S WITHIN THE LAST SIX MONTHS TO ACCESS OR USE THE SITES AND SERVICES WHICH FORM THE BASIS OF YOUR CLAIM, OR $100 IF YOU HAVE NOT PAID ANY AMOUNTS TO CASEY'S. IF YOU LIVE IN A STATE THAT DOES NOT ALLOW THE WAIVER OF CERTAIN WARRANTIES, OR LIMITATIONS OR DAMAGES WAIVERS DESCRIBED IN THIS SECTION, SOME OF THESE PROVISIONS MAY NOT APPLY TO YOU. YOU AGREE TO PROMPTLY NOTIFY CASEY'S IN WRITING IF YOU BELIEVE YOU HAVE ANY CLAIM AGAINST THE CASEY'S PARTIES, AND, IN ANY EVENT, YOU AGREE THAT ANY CLAIM NOT BROUGHT WITHIN ONE YEAR AFTER IT ARISES (OR SUCH SHORTER PERIOD UNDER APPLICABLE STATUTES OF LIMITATION) SHALL BE WAIVED AND RELEASED.

25. **INDEMNIFICATION.** In consideration of your access to and use of the Sites and Services, you hereby agree to indemnify, defend, and hold harmless the Casey's Parties from and against any and all claims, losses, liabilities, damages, costs and expenses (including, without limitation, reasonable attorneys' fees and costs) arising out of or related to your breach of these Terms, your violation of law, or your violation or threatened violation of any person's or entity's rights (including, without limitation, copyright, patent, trade secret, trademark, or other proprietary rights, or publicity, contract, moral, or privacy rights related to User Content or otherwise). We reserve the right to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, which shall not excuse your indemnity obligations.

26. **INJUNCTIVE RELIEF.** You acknowledge that we may be irreparably damaged if these Terms are not specifically enforced, and damages at law would be an inadequate remedy. Therefore, in the event of a breach or threatened breach of any provision of these Terms by you, we shall be entitled, without prejudice to any other rights and remedies that may be sought under the mandatory arbitration provision of these Terms, to an injunction restraining such breach or threatened breach, without being required to show any actual damage or to post an injunction bond, and/or to a decree for specific performance of the provisions of these Terms. For purposes of this Section, you agree that any action or proceeding with regard to such injunction restraining such breach or threatened breach shall be brought in the state or federal courts located in Iowa. You consent to the jurisdiction of such court and waive any objection to the laying of venue of any such action or proceeding in such court. You agree that service of any court paper may be effected on such party by mail or in such other manner as may be provided under applicable laws, rules of procedure or local rules.

27. **MANDATORY ARBITRATION AND CLASS ACTION AND JURY TRIAL WAIVER.** Most concerns can be resolved quickly and to your satisfaction if you contact us here.

In the event that we are not able to resolve a dispute, and with the exception of the claims for injunctive relief by us as described above and to the extent allowed by law, you hereby agree that either you or we may require any dispute, claim, or cause of action ("**Claim**") between you and us or any third parties arising out of use of the Site, the Services, and any other actions with us (whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory) to be arbitrated on an individual (non-class) basis. Claims also include, except as otherwise provided herein, disputes related to the coverage, applicability, arbitrability, enforceability, formation, scope, or validity of these Terms, including this Arbitration provision, all of which shall be subject to the sole power of the arbitrator as described herein. Notwithstanding anything else herein, the enforceability of the Class Action Waiver shall be determined by a court. In addition, both parties retain the right to seek relief in a small claims court (or a state court equivalent) for a Claim within the scope of its jurisdiction so long as the small claims action does not seek to certify a class, combine the claims of multiple persons, recover damages in excess of the limit for a small claim under applicable state law or is not transferred, removed, or appealed from small claims court to any different court. Additionally, if you are a California resident, you retain the right to obtain public injunctive relief from any court with proper jurisdiction.

THERE IS NO JUDGE OR JURY IN ARBITRATION, AND COURT REVIEW OF AN ARBITRATION AWARD IS VERY LIMITED. ADDITIONALLY, ANY ARBITRATION OF A CLAIM WILL BE ON AN INDIVIDUAL BASIS, AND, THEREFORE, YOU UNDERSTAND AND AGREE THAT YOU ARE WAIVING THE RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER IN A CLASS ACTION LAWSUIT. AS PART OF THIS WAIVER, YOU AGREE THAT YOU WAIVE THE RIGHT TO ACT AS A PRIVATE ATTORNEY GENERAL IN AN ARBITRATION; THAT EXCEPT AS OTHERWISE PROVIDED IN THIS ARBITRATION AGREEMENT, CLAIMS BROUGHT BY OR AGAINST YOU MAY NOT BE JOINED OR CONSOLIDATED WITH CLAIMS BROUGHT BY OR AGAINST ANY OTHER PERSON; AND THE ARBITRATOR SHALL HAVE NO AUTHORITY TO CONDUCT A CLASS-WIDE ARBITRATION, PRIVATE ATTORNEY GENERAL ARBITRATION OR MULTIPLE-PARTY ARBITRATION.

You and we agree that your use of the Services involves interstate commerce, and that this arbitration agreement shall be interpreted and enforced in accordance with the Federal

Arbitration Act (FAA) set forth in Title 9 of the U.S. Code to the fullest extent possible, notwithstanding any state law to the contrary, regardless of the origin or nature of the Claims at issue. The arbitrator must follow, to the extent applicable: (a) the substantive law of the state in which we entered into the transaction giving rise to this arbitration agreement; (b) the applicable statutes of limitations; and (c) claims of privilege recognized at law. The arbitrator will not be bound by federal, state or local rules of procedure and evidence or by state or local laws concerning arbitration proceedings.

If either you or we elect to arbitrate a Claim, the dispute shall be resolved by binding arbitration administered under the applicable rules of the American Arbitration Association ("AAA"). Either you or we may elect to resolve a particular Claim through arbitration, even if the other party has already initiated litigation in court related to the Claim, by: (i) making written demand for arbitration upon the other party, (ii) initiating arbitration against the other party, or (iii) filing a motion to compel arbitration in court.

If this is a consumer-purpose transaction, the applicable rules will be the AAA's Consumer Arbitration Rules. The applicable AAA rules and other information about arbitrating a claim under AAA, including how to submit a dispute to arbitration, may be obtained by visiting its website at https://www.adr.org/ or by calling 1-800-778-7879. If AAA will not serve as the administrator of the arbitration, and you and we cannot then agree upon a substitute arbitrator, you and we shall request that a court with proper jurisdiction appoint an arbitrator. However, we will abide by the applicable AAA rules regardless of the forum. Arbitration shall be conducted in the county and state where you accepted these Terms, you reside, or another reasonably convenient place to you as determined by the arbitrator, unless applicable laws require another location. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. Except as provided in applicable statutes, the arbitrator's award is not subject to review by the court and it cannot be appealed. The parties will have the option to request and receive a statement of reasons for the arbitration award.

If you elect to file the arbitration, and this is a consumer-purpose transaction, you will pay the filing fee to the extent required by AAA's Consumer Arbitration Rules but not to exceed the cost of filing a lawsuit. Any amount above what it would cost you to file a lawsuit, we will pay. All other arbitration fees and expenses shall be allocated to us according to AAA rules. Except for the arbitration fees and expenses, each party shall pay its own costs and fees incurred (including attorneys' fees), unless the arbitrator allocates them differently in accordance with applicable law. This paragraph applies only if this is a consumer-purpose transaction.

**Additional Procedures for Mass Arbitration**. If twenty-five (25) or more similar Claims (including yours) are asserted against us by the same or coordinated counsel or are otherwise coordinated ("**Mass Arbitration**"), you and we agree that these Additional Procedures for Mass Arbitration (in addition to the other provisions of this arbitration agreement) shall apply. **You agree to this process even though resolution of your Claim may be delayed and ultimately proceed in court**. The parties agree that as part of these procedures, their counsel shall meet and confer in good faith in an effort to resolve the Claims, streamline procedures, address the exchange of information, modify the number of Claims to be adjudicated, and conserve the parties' and the AAA's resources. If your Claim is part of a Mass Arbitration, any applicable limitations periods (including statutes of limitations) shall be tolled for your Claim from the time that your Claim is first submitted to the AAA until your Claim is selected to proceed as part of a staged process or is settled, withdrawn, otherwise resolved, or opted out of arbitration pursuant to this provision.

Stage One: In Stage One, if at least fifty (50) Claims are submitted as part of the Mass Arbitration, claimants' counsel and Casey's will each select an equal number of Claims to be filed in arbitration and resolved individually by different arbitrators. For example, claimant and Casey's will each select 25 Claims (50 Claims total). The number of Claims to be selected to proceed in Stage One can be modified by agreement of counsel for the parties provided that, if there are fewer than 50 Claims, all shall proceed individually in Stage One. The remaining Claims shall not be filed or deemed filed in arbitration nor shall any arbitration fees be assessed or collected in connection with those claims. If a case is withdrawn before the issuance of an arbitration award, another Claim shall be selected to proceed as part of the first stage. After this initial set of proceedings, the parties must engage in a single mediation of all remaining Claims, and we will pay the mediation fee.

Stage Two: If the parties cannot agree how to resolve the remaining Claims (if any) after mediation, claimants' counsel and Casey's will each select an equal number of Claims per side—not to exceed 50 Claims total—to be filed and to proceed as cases in individual arbitrations as part of Stage Two. The number of Claims to be selected to proceed as part of Stage Two can be modified by agreement of counsel for the parties provided that if there are fewer than 50 Claims remaining, all shall proceed individually in Stage Two. The remaining Claims shall not be filed or deemed filed in arbitration nor shall any arbitration fees be assessed or collected in connection with those claims. If a case is withdrawn before the issuance of an arbitration award, another Claim shall be selected to proceed as part of the second stage. After Stage Two is completed, the parties must engage in a single mediation of all remaining Claims, and we will pay the mediation fee.

Upon the completion of the mediation in Stage Two, each remaining Claim (if any) that is not settled or not withdrawn shall be opted out of arbitration and may proceed in a court of competent jurisdiction consistent with the remainder of these Terms. Notwithstanding the foregoing, counsel for the parties may mutually agree in writing to proceed with the adjudication of some or all of the remaining Claims in individual arbitrations consistent with the process set forth in Stage Two (except Claims shall be randomly selected and mediation shall be elective by agreement of counsel) or through another mutually agreeable process. A court of competent jurisdiction shall have the authority to enforce the Procedures for Mass Arbitration, including the power to enjoin the filing or prosecution of arbitrations and the assessment or collection of arbitration fees. The Procedures for Mass Arbitration and each of its requirements are essential parts of this arbitration agreement. If, after exhaustion of all appeals, a court of competent jurisdiction decides that the Procedures for Mass Arbitration apply to your Claim and are not enforceable, then your Claim shall not proceed in arbitration and shall only proceed in a court of competent jurisdiction consistent with the remainder of these Terms.

Notwithstanding anything to the contrary in these Terms, and except as otherwise set forth in this paragraph, the agreement to arbitration may be amended by us only upon advance notice to you. If we make any amendment to this agreement to arbitration (other than renumbering the agreement to align with any other amendment to the Terms) in the future, that amendment shall not apply to any claim that was filed in a legal proceeding or action against us prior to the effective date of the amendment. The amendment shall apply to all other Claims governed by this agreement to arbitration that have arisen or may arise between you and us. However, we may amend this agreement to arbitration and not provide you notice; in that case, the amendments will not apply to you and the agreement to arbitration contained in these Terms

to which you agreed will continue to apply to you and us as if no amendments were made.

If any part of this arbitration provision is invalid, all other parts of it remain valid. However, if the class action limitation is invalid, then this arbitration provision is invalid in its entirety, provided that the remaining Terms shall remain in full force and effect. This arbitration provision will survive the termination of your use of the Site, the Services, and any other actions with us.

You may reject this arbitration provision within thirty (30) days of accepting the Terms by emailing us at **privacy@caseys.com** and including in the subject line "Rejection of Arbitration Provision."

28. **APPLICABLE LAW.** Casey's manages the Sites and Services within the State of Iowa in the United States. If you choose to access or use any of the Sites and Services from any other location, state or country, you do so at your own risk and initiative and are solely responsible for compliance with any applicable local laws and regulations. You agree that the laws of the State of Iowa (excluding any choice of law rules) govern your rights and obligations relating to Casey's and your use of/access to the Sites and Services, and exclusive jurisdiction and venue for any disputes relating to these Terms and/or the Sites and Services shall be the state or federal courts located in Iowa.

29. **ATTORNEYS' FEES AND COSTS.** If Casey's takes any legal action against you as a result of your violation of these Terms or misuse of the Sites and Services, Casey's be entitled to recover from you, and you agree to pay, all of Casey's reasonable attorneys' fees and costs of such action, in addition to any other relief granted to Casey's. You agree that Casey's will not be liable to you or to any third party for termination of your access to the Sites as a result of any violation of these Terms or misuse of the Sites and Services.

30. **SEVERABILITY AND WAIVER.** If any provision of these Terms is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of these Terms, all of which shall remain in full force and effect. Failure to exercise or delay in exercising any right, power or privilege by Casey's under this Terms shall not constitute any waiver or modification of these Terms by Casey's.