# EXHIBIT 2

# Terms and Conditions of Use

Last updated on December 2, 2019.

Welcome to the websites, social media sites, mobile applications and loyalty and advertising programs operated by Casey's General Stores, Inc. and its subsidiary companies (collectively "**Casey's**," "**we**" or "**us**"). This Terms and Conditions of Use ("**Agreement**") contains the terms upon which Casey's agrees to provide you with access to and use of its websites, mobile applications, customer accounts, blogs, social media sites, email, loyalty and mobile advertising programs, and all related content, promotions, programs and services available through the same (collectively and individually, the "**Sites and Services**").

**PLEASE READ THIS AGREEMENT CAREFULLY. YOUR ACCESS TO AND USE OF ANY PART OF THE SITES AND SERVICES CONSTITUTES YOUR EXPRESS AGREEMENT TO THE TERMS OF THIS AGREEMENT. IF YOU DO NOT AGREE TO THE TERMS OF THIS AGREEMENT, YOU MAY NOT ACCESS OR USE THE SITES AND SERVICES.**

1. **GENERAL TERMS.** This Agreement is a legally binding agreement between you and Casey's. By using any part of the Sites and Services, which is intentionally defined broadly, you agree to be legally bound by all of the terms and conditions of the Agreement. This Agreement sets forth your rights and obligations with respect to your use of and access to the Sites and Services. If you have questions regarding this Agreement, please **contact us here**.

2. **ACCEPTANCE OF TERMS.** BY USING AND ACCESSING ANY PART OF THE SITES AND SERVICES, YOU EXPRESSLY ACKNOWLEDGE, REPRESENT AND AGREE THAT YOU: (A) ARE OVER 13 YEARS OF AGE; (B) HAVE READ AND UNDERSTAND THE TERMS OF THIS AGREEMENT; (C) UNDERSTAND THAT YOU ARE BOUND BY THE TERMS OF THIS AGREEMENT; AND (D) WILL COMPLY WITH THE TERMS OF THIS AGREEMENT AND ANY APPLICABLE LAWS AND REGULATIONS.

3. **UPDATING TERMS.** Casey's reserves the right, at its discretion, to change, delete, and update this Agreement and any other policies that govern or relate to the Sites and Services, at any time, for any reason, and in Casey's sole discretion. Casey's also reserves the right to discontinue any Sites and Services, and/or to terminate your access to or use of the Sites and Services. It is your responsibility to periodically review this Agreement for changes. Any amendments and modifications by Casey's will be prospective, and unless otherwise provided in this Agreement, will be effective upon being posted on one or more of the Sites and Services. The Agreement can be accessed from the link at the bottom of web page accessible at **caseys.com**. Your

1

access and/or use of any of the Sites and Services after terms of this Agreement are amended or updated shall be deemed acceptance of all such changes.

4. **PRIVACY**. Casey's is committed to providing transparency in how it collects, uses and shares data. The terms of Casey's **Privacy Policy** apply to your use of the Sites and Services, and are incorporated by this reference. It is your responsibility to read and understand Casey's **Privacy Policy**, which is also updated from time to time. Any information you provide to Casey's or is otherwise collected by Casey's or its affiliates and agents when you access or use the Sites and Services, is subject to Casey's **Privacy Policy**.

5. **ACCESSIBILITY.** Casey's values all of its customers, and it is our goal to provide an excellent online experience for all our customers, including our customers with disabilities. As part of this goal, **www.caseys.com** and our mobile applications have been designed and developed to comply with the Level A and AA Success Criteria set forth in the Web Content Accessibility Guidelines (WCAG). These guidelines are updated from time to time and our accessibility efforts are ongoing. In addition, some of the Sites and Content are provided by third-parties (such as social media platforms). For further information, please see our **Web Accessibility Statement**. If you have questions or comments regarding the accessibility of www.caseys.com or our mobile application, or would like to report an issue you are experiencing, please **contact us here**. You expressly agree to attempt to work with us in good faith to obtain access to our Site and Services and that you will not threaten or assert any claims regarding accessibility of our Sites and Services against us unless you have first provided us with clear, written notice of the inaccessibility problem(s) and a thirty (30) day period to remedy the problem.

6. **MINORS**. The Sites and Services are designed for use by individuals who are at least 13 years of age. If you are under 13 years old, you may not submit any personally identifiable information to Casey's through the Sites and Services unless your parents have first provided Casey's with verifiable parental consent for you to provide the information.

7. **REGISTRATION.** If you register or provide personal contact information through our Sites and Services, you agree to provide truthful, accurate, and reliable information about yourself. If you obtain a username and password in connection with your registration, you agree to safeguard the confidentiality of your password and agree that you will not disclose or share the password with any third parties. You are responsible for all activities that may occur under your username or password.

8. **OWNERSHIP RIGHTS.** Casey's and/or its content providers and third-party vendors (as applicable): (a) own or license all of the content, materials, and other intellectual property related to the Sites and Services, including, without limitation, all

2

trademarks, logos, text, graphics, photographs, music, data, images, audio and video clips, software, names, button icons, logos, images, designs, look and feel, compilation, titles, words or phrases, page headers, service names, advertisements, promotions, trademarks, patents, and copyrights (collectively, "**Materials**"); and (b) expressly reserve all right, title and interest in and to the Materials. You have no rights to use the Materials except as expressly set forth in this Agreement. Any use of the Materials that is not expressly authorized by this Agreement is prohibited.

9. **LIMITED LICENSE.** Subject to the terms of this Agreement, Casey's grants you a limited, non-exclusive license to access and use the Sites and Services for your non-commercial, personal and informational use and/or to obtain products, services, rewards or information from Casey's. You may not use any part of the Sites and Services for commercial purposes, to compete with Casey's in any way (either directly or indirectly) or to harm Casey's in any way.

10. **ONLINE PURCHASES.** When you place an order online, you understand and expressly agree that there is a risk of fraud or security breach. While Casey's takes industry standard efforts to protect your transaction and sensitive information, Casey's disclaims any and all warranties that such transactions will be error-free or may not be subject to a third party security breach and you waive all claims relating to the same.

11. **EMAIL AND MOBILE MARKETING COMMUNICATIONS.** Casey's email and mobile advertising and informational programs that are made available through the Sites and Services are complimentary, require no purchase or fee for participation, and are subject to change in Casey's sole discretion. You may always opt-out of Casey's email and marketing programs (see below).

**If you opt-in to our email and mobile marketing programs, you are proving affirmative consent to receive recurring advertising and other text messages from and on behalf of Casey's and its affiliates via an automatic telephone dialing system to the mobile phone number you provide. Your consent to receiving such messages is not a condition of purchasing any goods or services.**

Casey's does not charge you for sending or receiving text messages to CASEYS (227397). However, your mobile service provider's message and data rates may apply. All applicable charges will be billed by and payable to your mobile service provider. Casey's will not be liable for any failures or delays in the receipt of any email or text messages, as delivery is subject to effective transmission from your network operator.

Casey's works with various third-party service providers to provide its email and mobile marketing programs including, without limitation, **Salesforce**. Casey's and its service providers collect information from you when you sign up for and use these services. Collected information may include (without limitation) your cell phone

3

number, your carrier's name and the date, time, your name and the content of your message(s). We may use this information to contact you, to provide the services to you, and to enhance our marketing and communications with you.

If you have any questions on our email or mobile marketing programs, **contact us here**. If you have a Casey's account, to stop receiving emails and mobile marketing communications, you can change your **account preferences here**; or, with or without a Casey's account:

- **Emails**: Each marketing email sent contains an easy, automated way for you to cease receiving email from us. If you wish to do this, simply follow the Unsubscribe link at the end of any marketing email.
- **Mobile Texts**: You can unsubscribe at any time by texting "STOP" to 227397 (CASEYS). Message and data rates may apply. If you have any questions or need assistance, text "HELP" to 227397 (CASEYS) or **contact us here**.

If you have any questions regarding our third-party vendors, please contact their website terms of use and privacy policies that are available on their web sites linked above; and/or contact us for more information.

Our mobile marketing programs may not be available on all carriers. Please contact us for a list of US carriers through which we provide our programs. You must be 13 years of age or older to participate in our email communications and mobile text alerts.

.

12.     **SYSTEMS/MOBILE DEVICES.** Some operating systems and mobile devices may not be capable of accessing the Sites and Services. Casey's is not responsible or liable for any errors, inaccuracies, faults, or failures arising in connection with your attempts to access or use any of the Sites and Services. You agree that you alone are responsible for all access and connectivity charges assessed by your communications carrier in connection with access to or use of the Sites and Services.

**USER-GENERATED CONTENT.** If you upload, post, or otherwise submit any materials, ideas, suggestions or content to Casey's through or on any of the Sites and Services ("**User Content**"), such User Content shall be owned by and the property of Casey's. You irrevocably, without further payment or consideration, assign such User Content to Casey's at the time of posting or transmitting the User Content to Casey's. To the extent any User Content may not be assignable, you grant to Casey's and its affiliated entities a non-exclusive, perpetual, irrevocable, transferrable, sub-licensable, fully paid-up, royalty-free, worldwide license to use, copy, reproduce, modify, publish,

4

display, distribute, perform, exploit, and prepare derivative works of the User Content in connection with Casey's business operations and advertising initiatives. Casey's is not and shall not be required to maintain confidentiality for User Content, to pay the user or submitter of such information compensation for the User Content, or to monitor or respond to any User Content submitted. You agree that you will not submit any User Content Casey's which will or could violate any copyright, trademark, privacy or other protected information of a third party. You understand and agree that you will be solely responsible for all User Content you submit to Casey's. For these reasons, please ensure that you not send any User Content that you do not wish to irrevocably assign to Casey's (including, without limitation, any confidential information or any original creative materials such as stories, ideas, computer code or original artwork. You are and will continue to be solely responsible for all third party claims, liabilities, and damages arising from or in connection with your User Content, and Casey's assumes no liability for User Content. You represent and warrant that any User Content submitted by you will not infringe upon the rights of others, is truthful and accurate in all respects, and is content that you have the right to submit to Casey's and grant the assignments/licenses herein. You agree to indemnify and hold harmless Casey's and its affiliates for any claims and/or damages related to User Content you have posted or caused to be posted (directly or indirectly) on or through any of the Sites and Services.

11. **SECURITY.** Casey's makes no representations or warranties as to the security of the Sites and Services. It is important for you to protect against unauthorized access to your password and to your computer. Be sure to sign off when finished using a shared computer. We recommend that you take the following precautions to safeguard your data:

    - Use a complex password with unique numbers, letters and special characters, and do not disclose your password to anyone. If you share your password or your personal information with others, you are responsible for all actions taken in the name of your account. If your password has been compromised for any reason, you should immediately change your password.
    - Keep your computer software up to date with the latest browser and anti-virus security software.
    - Be aware of increasingly common email scams that may use your email address to contact you and ask for personal or sensitive information. Always be cautious when opening links or attachments from unsolicited third parties. Casey's will not send you emails asking for your credit card number, social security number or other personally identifiable information. So if you are asked for this information, you can be confident it is not from Casey's.

- If you have any questions or concerns regarding security or whether a communication is from Casey's please **contact us here**.
- In the event that Casey's or any of its vendors experience a data breach that may affect you, you expressly consent to receive notice of such breach or data security incident exclusively through electronic correspondence as set forth below.

12. **CONSENT TO RECEIVE ELECTRONIC NOTIFICATIONS.** Electronic communication is the most effective and timely way to provide the users of the Site and Services with any optional or required notifications and disclosures. In some circumstances, however, state and/or federal laws may require us to send you disclosures or communications in paper format unless you have affirmatively consented to receiving electronic notifications only in advance of the notification. Through this Agreement, pursuant to 15 U.S.C. § 7001, you hereby affirmatively consent to receive electronic notifications and disclosures from us only (without requiring a paper copy) and you represent that, to date, you have not withdrawn such consent. You have the right to change your mind and withdraw your consent at any time. If you would like to withdraw your consent to receive electronic notifications and/or would like to request a paper copies of any electronic notifications you receive, please **contact us here**. To receive electronic records, you will need access to a smart phone, tablet, laptop or computer with Internet access and either email software (such as Microsoft Outlook) or access to a web-based electronic mail software platform, such as Gmail, Yahoo or other electronic mail provider.

    **INTELLECTUAL PROPERTY.** All of the Materials accessible on or through the Sites and Services are owned by Casey's and are registered and/or protected by U.S. and international copyright, trademark, and other laws. Casey's reserves all rights in and to its Materials. You agree to retain all trademark, copyright and all other proprietary notices contained in or on the Sites and Services. You may not delete or change any copyright or trademark notices, and may not alter or modify the Materials in any manner without the express written permission of Casey's. You may not copy or use any of the Materials or Casey's intellectual property in any way that is not expressly authorized herein without first obtaining written consent from Casey's.

13. **INTELLECTUAL PROPERTY RIGHTS OF OTHERS.** Casey's respects the intellectual property rights of others. It is our policy to remove any photos, graphics, trademarks, content or other protectable material submitted on or through any of our Sites and Services that violate the rights of others.

14. **COPYRIGHT ABUSE & NOTICE.** Upon proper notice, Casey's will remove user-posted comments, messages or other submissions through or to the Sites and Services that violate copyright law. Casey's may also suspend access and/or use to all or a part of the Sites and Services to any user who uses the Sites and Services in violation of copyright law. Pursuant to federal law, Casey's has implemented procedures for receiving written notification of claimed copyright infringement. If you believe your work has been used in a way that constitutes copyright infringement, then you must send Casey's designated copyright agent written notification of claimed infringement in compliance with the Digital Millennium Copyright Act, 17 USC Section 512 et seq. Please note that you will be liable for damages (including costs and attorneys' fees) if you materially misrepresent that a work or material is infringing your copyrights. If you are not sure whether material available online infringes your copyright, we suggest that you first contact an attorney prior to sending Casey's a takedown notice. To provide adequate notice under this provision:

- Provide Casey's with the information set forth below in a written communication via fax or regular mail. Do not provide written notice via electronic mail unless you receive prior, written authorization from Casey's. All information must be provided in sufficient detail to allow Casey's to properly investigate your claim.
- Identify the copyrighted work you believe has been infringed;
- Identify the material you claim is infringing upon your copyright;
- Include sufficient information for Casey's to contact you, including your name, address, phone number and email if possible;
- Include information, if possible, sufficient to permit Casey's to notify the person or entity who is infringing on your copyright, including name, address, phone number and email if possible;
- Include the following statements in your written notice: "I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law;" and "I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;"
- Sign the written notice; and
- Send the written communication to Casey's designated agent at the following address:

7

Corporate General Counsel
One S.E. Convenience Boulevard
Ankeny, Iowa 50021
Fax: 515-965-6160
Attn: Casey's General Stores, DMCA Complaints

If your content is or has been removed under this section and you believe it was done in error or bad faith, you may provide the designated agent identified above with counter notice, so long as it meets all of the requirements set forth in 17 U.S.C. § 512(g)(3).

15. **FAIR & TRUTHFUL ADVERTISING.** Casey's endeavors to engage in truthful and transparent methods of advertising and expects users of the Sites and Services to do the same. If you provide any endorsements or testimonials on or through any of the Sites and Services, you must provide only your honest opinions and experiences. If you are an employee of Casey's, or if you receive any compensation, free products or services, or any other value from Casey's, you must disclose that with any testimonials or endorsements you may provide on or through the Sites and Services.**PROHIBITED CONDUCT.** You may not:

- Violate or attempt to violate the security of the Sites and Services or to interfere with any intellectual property or proprietary rights in or to the same;
- Use or access the Sites and Services to transmit, copy, reproduce, modify, republish, upload, post, transmit, email, or distribute any material or content that infringes any copyright, trademark, proprietary, or other right of any person or entity (including Casey's) or that otherwise violates the terms of this Agreement;
- Redeliver or publish all or part of the Sites and Services using framing, scraping, or any other related technology;
- Use or incorporate any of Casey's trademarks, trade dress, the name of any Casey's personnel, or any variation of these items as a metatag, Adword, hidden textual element, or in any other fashion that may create a false or misleading impression of affiliation, sponsorship, or endorsement between Casey's and you, or any other individual or entity;
- Upload, email or otherwise transmit to Casey's and/or through the Sites and Services any of the following: sexually-explicit images or statements; advertising, promotional, or other unauthorized communication, including, without limitation, commercial solicitations, junk mail, surveys, unsolicited email, spam, and any material that contains viruses, Trojan horses, worms, time

8

- bombs, malware, cancelbots, or any other computer code, files or programs that could interrupt, limit or interfere with, damage, surreptitiously intercept, breach or expropriate any system, data or information related to or connected with the Sites and Services, or any computer software, hardware, cloud, hosted system or other equipment that is owned, leased or in any way used by Casey's;

- Use the Sites and Services to post or transmit any threatening, false, misleading, abusive, harassing, libelous, defamatory, vulgar, obscene, pornographic, or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense, give rise to civil liability, or otherwise violate any law;

- Take any action that imposes, or may impose, in Casey's sole discretion, an unreasonable or disproportionately large data load on Casey's system or infrastructure;

- Interfere or attempt to interfere with the proper working of the Sites and Services or any activities conducted on or through the Sites and Services;

- Bypass measures used by Casey's to prevent or restrict access to the Sites and Services, violate or attempt to violate the security or authentication measures of the system, or attempt to prove, scan, or test the vulnerability of a system or network without proper written authorization from Casey's; or

- Impersonate any person or entity, misrepresent any affiliation with another person, entity or association, use false email or other headers, or otherwise falsify your identity from Casey's for any purpose.

The license granted to you under this Agreement to access and use the Sites and Services shall automatically terminate if you violate any of these restrictions. Casey's reserves the right to disclose the identity of anyone posting or transmitting information or materials violating the above prohibitions.

16. **CONTACTS/SOLICITATIONS**. In certain cases, users and other contributors of content might post their email address or other contact information on or through the Sites and Services. The contact information is to be used only for purposes of contacting that individual to discuss the content that they posted. You may not contact those individuals or any employees of Casey's for commercial purposes in any manner without the prior written consent of Casey's.

20. **TERMINATION, REMOVAL OF MATERIALS, AND MONITORING.** This Agreement is effective until terminated. Casey's may terminate, restrict, or suspend all or part of your license to access and use the Sites and Services and may delete any User Content transmitted to or through the Sites and Services, at any time, in its sole discretion, without prior notice to you and without any liability to you. Casey's has the

9

right (but not the affirmative responsibility) to take any action relating to User Content that it deems necessary or appropriate if such information, as determined in Casey's sole discretion, may create liability for Casey's, its affiliates, agents, customers, or its contractors or may affect Casey's business relationships or contracts with its agents, customers, or its contractors. Casey's further reserves the right to remove any materials that it deems to be defamatory, abusive, offensive, illegal, harassing, immoral, disruptive or do not conform to this Agreement - though Casey's shall be under no affirmative obligation to monitor any of the foregoing or to otherwise screen or monitor any communications or information prior to posting.

21. **WEBSITE LINKING**. For your general informational use only, Casey's may provide access to third party websites. These links allow you to leave the Sites and Services. Casey's is unable to verify, and takes no responsibility for, the contents of any third party website that may be linked to or through any of the Sites and Services. By providing access to other websites, Casey's is not recommending or supporting any third party, is not recommending the purchase or sale of any products or services of a third party, and is not endorsing or acknowledging that it is affiliated with any website's sponsoring organization. Casey's does not expressly, or by implication, endorse, recommend, or make any representations or warranties related to any commercial product, process or service (whether by trade name, trademark, service mark, generic description or referral to a distributor or manufacturer) referred to on any third party site or related to creation of links to such site. Before relying on any information contained on any third party website, you are cautioned to undertake your own independent evaluation of its accuracy, completeness, usefulness, timeliness and correct sequencing, and protections against potential viruses and other malicious code in downloaded material.

22. **DISCLOSURE OF YOUR IDENTITY AND USE.** In addition to the ways Casey's may disclose your information set forth in Casey's **Privacy Policy**, Casey expressly reserves the right to disclose any and all information we have about you (including your identity) if we determine that such disclosure is necessary or advisable in connection with any investigation or complaint regarding your use of the Sites and Services, or to identify, contact or bring legal action against someone who may be causing injury to or interference with (either intentionally or unintentionally) Casey's rights or property, or the rights or property of visitors to or users of the Sites and Services, including Casey's customers. Casey's reserves the right at all times to disclose any information that Casey's deems necessary to comply with any applicable law, regulation, legal process or governmental request. Casey's also may disclose your information when Casey's determines that applicable law requires or permits such disclosure, including exchanging information with other

companies and organizations for fraud protection purposes or for governmental authorities for security purposes.

23.     **VIRUSES**. Casey's cannot and does not guarantee or warrant that files available for downloading from the Sites and Services are free of viruses, worms, trojan horses, malware, web cells or other code that may have contaminating, destructive or security-vulnerable properties. It is your responsibility to review and scan any and all downloaded materials from the Sites and Services and/or any links provided by or through the Sites and Services. Casey's will not be responsible or liable for any damage caused by your use of the Sites and Services.

24.     **INACCURACIES OR ERRORS.** The descriptions, pictures, representations of products, promotions and/or other information available on the Sites and Services may contain inaccuracies and/or errors. Casey's does not make any warranty or representation with respect to the accuracy or completeness of any such information, and reserves the right to correct the same without penalty. Furthermore, the prices and availability of products on the Site may change without notice to you at any time in Casey's sole discretion. Casey's shall have the right to refuse or cancel any advertisements placed or listed at an incorrect price or location.

25.     **FINANCIAL INFORMATION.** Our use of the words 'expect,' 'anticipate,' 'estimate,' 'forecast,' 'objective,' 'plan,' 'anticipates,' 'estimates,' and other similar words may relate to forward looking statements which do not relate strictly to historical or current facts, and may address, among other things, Casey's strategy for growth, product development, market position, expenditures and financial results. Certain statements contained on the Sites and Services, including any discussion of management expectations for future periods, constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such forward-looking statements involve known and unknown risks, uncertainties, and other factors that may cause actual results to differ materially from future results expressed or implied by those statements. Casey's disclaims any intention or obligation to update or revise forward-looking statements, whether as a result of new information, future events, or otherwise. The information on the Sites and Services do not constitute an offer to sell or solicitation of an offer to buy any security. By using the Sites and Services, you agree that Casey's is not providing any investment advice with respect to the purchase of securities. Prior to the execution of any transaction by you involving information you received from the Site, you should consult your business advisor, attorney, and tax and accounting advisors with respect to the price, suitability, value or other aspects of any stock, mutual fund, security or other investment.**DISCLAIMERS.** TO THE EXTENT PERMITTED BY APPLICABLE LAW, ALL INFORMATION, SERVICES, AND MATERIALS AVAILABLE THROUGH THE SITES AND SERVICES ARE FURNISHED TO YOU ON AN "AS IS" AND "AS AVAILABLE" BASIS

11

WITHOUT ANY IMPLIED OR EXPRESS WARRANTY OF ANY KIND (INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SUITABILITY, SECURITY, CORRECTNESS, ACCESSIBILITY AND NON-INFRINGEMENT). CASEY'S, ITS SUBSIDIARIES, AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES, CONTRACTORS, AGENTS, AND SUPPLIERS (COLLECTIVELY THE "**CASEY'S PARTIES**") MAKE NO REPRESENTATION OR WARRANTY REGARDING: (A) THE CONTINUED AVAILABILITY, RELIABILITY, ACCURACY, ACCESSIBILITY, RESULTS OR PERFORMANCE OF THE SITES AND SERVICES; (B) THE EXISTENCE (OR ABSENCE) OF ANY VIRUS, WORM, MALWARE, MALICIOUS CODE OR OTHER DISABLING DEVICES OR CODE FROM ANY SOURCES; (C) THE UNAUTHORIZED ACCESS TO OR USE OF YOUR INFORMATION BY A PARTY OTHER THAN THE CASEY'S PARTIES; (D) ANY TECHNICAL FAILURES (INCLUDING HARDWARE OR SOFTWARE FAILURES); OR (E) LOSS, USE OR MISUSE OF DATA.

26.     **LIMITATION OF LIABILITY.** YOUR USE OF THE SITES IS AT YOUR OWN RISK. YOU AGREE THAT THE CASEY'S PARTIES ARE NOT LIABLE FOR ANY CONSEQUENTIAL, SPECIAL, DIRECT, INDIRECT, EXEMPLARY, OR PUNITIVE DAMAGES. IN NO EVENT SHALL THE CASEY'S PARTIES' TOTAL LIABILITY TO YOU FOR ANY DAMAGES, LOSSES, FEES AND EXPENSES (INCLUDING ATTORNEYS' FEES), WHETHER IN CONTRACT, TORT, OR OTHERWISE EXCEED THE AMOUNT (IF ANY) PAID BY YOU TO CASEY'S WITHIN THE LAST SIX MONTHS TO ACCESS OR USE THE SITES AND SERVICES WHICH FORM THE BASIS OF YOUR CLAIM, OR $100 IF YOU HAVE NOT PAID ANY AMOUNTS TO CASEY'S. IF YOU LIVE IN A STATE THAT DOES NOT ALLOW THE WAIVER OF CERTAIN WARRANTIES, OR LIMITATIONS OR DAMAGES WAIVERS DESCRIBED IN THIS SECTION, SOME OF THESE PROVISIONS MAY NOT APPLY TO YOU. YOU AGREE TO PROMPTLY NOTIFY CASEY'S IN WRITING IF YOU BELIEVE YOU HAVE ANY CLAIM AGAINST THE CASEY'S PARTIES, AND, IN ANY EVENT, YOU AGREE THAT ANY CLAIM NOT BROUGHT WITHIN ONE YEAR AFTER IT ARISES (OR SUCH SHORTER PERIOD UNDER APPLICABLE STATUTES OF LIMITATION) SHALL BE WAIVED AND RELEASED.

27.     **INDEMNIFICATION.** In consideration of your access to and use of the Sites and Services, you hereby agree to indemnify, defend, and hold harmless the Casey's Parties from and against any and all claims, losses, liabilities, damages, costs and expenses (including, without limitation, reasonable attorneys' fees and costs) arising out of or related to your breach of this Agreement, your violation of law, or your violation or threatened violation of any person's or entity's rights (including, without limitation, copyright, patent, trade secret, trademark, or other proprietary rights, or publicity, contract, moral, or privacy rights related to User Content or otherwise).

28.     **APPLICABLE LAW.** Casey's manages the Sites and Services within the State of Iowa in the United States. If you choose to access or use any of the Sites and Services from any other location, state or country, you do so at your own risk and initiative

and are solely responsible for compliance with any applicable local laws and regulations. You agree that the laws of the State of Iowa (excluding any choice of law rules) govern your rights and obligations relating to Casey's and your use of/access to the Sites and Services, and exclusive jurisdiction and venue for any disputes relating to this Agreement and/or the Sites and Services shall be the state or federal courts located in Iowa.

29.  **ATTORNEYS' FEES AND COSTS.** If Casey's takes any legal action against you as a result of your violation of this Agreement of misuse of the Sites and Services, Casey's be entitled to recover from you, and you agree to pay, all of Casey's reasonable attorneys' fees and costs of such action, in addition to any other relief granted to Casey's. You agree that Casey's will not be liable to you or to any third party for termination of your access to the Site as a result of any violation of this Agreement or misuse of the Sites and Services.

30.  **SEVERABILITY AND WAIVER.** If any provision of this Agreement is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of the Agreement, all of which shall remain in full force and effect. Failure to exercise or delay in exercising any right, power or privilege by Casey's under this Agreement shall not constitute any waiver or modification of the terms of this Agreement by Casey's.

31.  **INCORPORATED TERMS.** Additional terms and conditions may apply to your access to and use of the Sites and Services, including (without limitation) Casey's [Privacy Policy](), [Casey's Rewards Terms and Conditions of Use](), [Web Accessibility Statement](), [Coupon Policy](), and any promotional, community fundraising or sweepstakes rules, are incorporated herein by reference and shall be binding upon all users.

32.  **ENTIRE AGREEMENT.** This Agreement – along with all incorporated terms identified in Section 34 – contains the entire agreement between you and Casey's with respect to the Sites and Services. All prior agreements, representations, statements, negotiations, and undertakings with respect to the subject matter herein are superseded by this Agreement. Terms that by their nature are intended to survive the termination, cancellation, or expiration of this Agreement shall survive.

33.  **ABOUT US.** Casey's is a publicly traded company with a ticker symbol CASY traded on the NASDAQ. The Sites and Services may display or provide a link to Casey's trading price on the NASDAQ. Although every effort has been made to present accurate and complete information, it should be recognized that information may be from time to time incomplete, out of date or otherwise inaccurate. Casey's operates the Site from its company headquarters in Ankeny, Iowa. Casey's does not in any way imply that the materials on the Sites and Services, or products described in the same,

are available in all jurisdictions where we operate or in a jurisdiction where we are not licensed to do business or that we are soliciting business in any such jurisdiction.