IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>Defendant. | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**PLAINTIFF'S <u>UNRESISTED</u> MOTION FOR AN EXTENSION OF TIME** |

COMES NOW Plaintiff, by and through counsel, and for his Unresisted Motion for Extension of Time states as follows:

Defendants filed a Motion to Stay and Compel Arbitration on January 29, 2026. DE 28. Plaintiff's resistance is currently due on February 12, 2026.

Plaintiff respectfully requests an additional seven days (up to and including February 19, 2026) in which to file his resistance to Defendants' motion. The parties met and conferred and Defendants do not resist Plaintiff's request.

Pursuant to LR 7(j), Plaintiff states: Plaintiff's deadline has not been previously extended. There are no other existing court-imposed deadlines.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests an additional seven days (up to and including February 19, 2026) in which to file his resistance to Defendants' Motion to Stay and Compel Arbitration.

Respectfully submitted,

/s/ Brian O. Marty
**J. Barton Goplerud, AT0002983**
**Brian O. Marty, AT0011622**
SHINDLER ANDERSON GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone:    (515) 223-4567
Facsimile:    (515) 223-8887
Email: goplerud@sagwlaw.com
           marty@sagwlaw.com

CUNEO GILBERT & LaDUCA, LLP
Robert K. Shelquist (admitted pro hac vice)
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN 55416
(612) 254-7288
rshelquist@cuneolaw.com

CUNEO GILBERT & LaDUCA, LLP
Charles J. LaDuca*
Brendan S. Thompson*
2445 M Street NW, Suite 740
Washington, DC 20037
(202) 789-3960
charlesl@cuneolaw.com
brendant@cuneolaw.com

*ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASSES*
*Pro hac vice forthcoming

# CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Brian O. Marty