IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>*Defendants*. | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**DEFENDANTS' <u>UNRESISTED</u> MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STAY AND COMPEL ARBITRATION** |

Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to Local Rule 7(j), submit this Motion to Extend Deadline to File Reply in Support of Defendants' Motion to Stay and Compel Arbitration (the "Motion") seeking a one-week extension on the currently pending reply brief deadline. In support of this Motion, Defendants state as follows:

1. Defendants filed their Motion to Stay and Compel Arbitration on January 29, 2026. (ECF No. 28.)

2. Plaintiff filed his Resistance to Defendants' Motion to Stay and Compel Arbitration on February 19, 2026. (ECF No. 31.)

3. Defendants' deadline to file their Reply in Support of their Motion to Stay and Compel Arbitration is February 26, 2026.

4. Due to the nature and scope of the issues presented in the Motion and in Plaintiff's resistance brief, Defendants respectfully request an extension of one week, up to and including March 5, 2026, to file their Reply in Support of Motion to Stay and Compel Arbitration.

1

5. This deadline has not been extended previously.

6. This extension will not prejudice any Party.

7. Pursuant to Local Rule 7(k), Defendants' counsel has conferred in good faith with Plaintiff's counsel regarding this requested extension. Plaintiff's counsel indicates that Plaintiff has no objection to the request stated in this Motion.

**WHEREFORE**, Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company respectfully request that this Court grant their Motion to Extend Deadline to File Reply in Support of Motion to Stay and Compel Arbitration, up to and including March 5, 2026.

Dated: February 26, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
David Yoshimura, AT0012422
Carolyn A. Gunkel, AT0008944
Emily R. O'Brien, AT0015757
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
　　　*david.yoshimura@faegredrinker.com*
　　　*carolyn.gunkel@faegredrinker.com*
　　　*emily.obrien@faegredrinker.com*

**ATTORNEYS FOR DEFENDANTS CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., AND CASEY'S MARKETING COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2026, a true copy of the foregoing document was served upon all Parties of record through the Court's CM/ECF electronic filing system, with a copy sent via electronic notice to all counsel of record.

*/s/ Paulette Ohnemus*