# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>*Defendants*. | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**SECOND DECLARATION OF JUSTIN COALDRAKE IN SUPPORT OF DEFENDANTS' MOTION TO STAY AND COMPEL ARBITRATION** |

I, Justin Coaldrake, declare as follows:

1. I have personal knowledge of the following facts and, if called upon to testify, I could and would competently testify to their truth and accuracy.

2. I am the Senior Director of Omnichannel Guest Experience and Media for Casey's.

3. Plaintiff Kit Mason ("Plaintiff") has actively participated in the Casey's Rewards program by using his account to make purchases on dozens of occasions since his enrollment in the program on September 21, 2022.

4. Since February 19, 2025, Plaintiff has used his Casey's Rewards account to make purchases at least thirteen times.

5. The dates of those purchases include: February 23, 2025 (two transactions); February 24, 2025; April 11, 2025; July 4, 2025; July 31, 2025; August 10, 2025; September 19, 2025; October 3, 2025; October 25, 2025; November 5, 2025; November 18, 2025; and January 13, 2026.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. Code § 1746, that the foregoing is true and correct.

Executed this 5th day of March, 2026.

Justin Coaldrake