IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals, | ) ) ) | Case No. 4:25-cv-00361-SMR-SBJ |
| Plaintiff, | ) ) | ORDER DIRECTING SUPPLEMENTAL DECLARATION |
| v. | ) ) | |
| CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |

Defendants move to stay and compel arbitration.  [ECF No. 28].  Plaintiff resists, arguing that Defendants waived any right to arbitrate by litigating first.  [ECF No. 31].  The disposition of the motion depends in part on when Defendants learned that Plaintiff was a member of the Casey's Rewards program.  The present record does not establish that date.  The Court directs Defendants to supplement the record accordingly.

Within 14 days of this Order, Defendants shall file a supplemental declaration, on personal knowledge, stating: (1) the date on which they first identified Plaintiff as a member of the Casey's Rewards program; and (2) what prompted the inquiry that led to that identification.  The declaration may provide further factual context as is reasonably necessary to elaborate, but it shall not include legal argument.  Plaintiff may file a response within 7 days of the declaration, not to exceed 5 pages and limited to argument on the legal significance of the date Defendants supply.

IT IS SO ORDERED.

Dated this 10th day of July, 2026.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT