IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIT MASON, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., and CASEY'S MARKETING COMPANY,<br><br>*Defendants*. | Case No. 4:25-cv-00361-SMR-SBJ<br><br>**DEFENDANTS' MOTION TO STAY** |

Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company (collectively, "Defendants"), by and through their undersigned counsel, move to stay all further proceedings before this Court pending disposition of their interlocutory appeal of this Court's denial of Defendants' Motion to Stay and Compel Arbitration. (*See* ECF Nos. 28, 43.) In support of this motion, Defendants state the following:

1. On January 29, 2026, Defendants filed their Motion to Stay and Compel Arbitration pursuant to the parties' agreement to arbitrate and the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1–16. (ECF No. 28.)

2. On August 14, 2026, this Court denied Defendants' motion. (ECF No. 43.)

3. Contemporaneously herewith, Defendants filed their notice of appeal. (ECF No. 44.)

4. An order denying a motion to compel arbitration is immediately appealable pursuant to the FAA. *See* 9 U.S.C. § 16(a)(1)(B); *see also Coinbase, Inc. v. Bielski*, 599 U.S. 736,

738 (2023) ("When a federal district court denies a motion to compel arbitration, the losing party has a statutory right to an interlocutory appeal.").

5. When a party "appeal[s] from the denial of its motion to compel arbitration, the District Court [i]s required to stay its proceedings." *Coinbase*, 599 U.S. at 747. Therefore, further proceedings before this Court should be stayed pending resolution of Defendants' interlocutory appeal. *Id.*

**WHEREFORE,** Defendants Casey's Retail Company, Casey's General Stores, Inc., and Casey's Marketing Company respectfully request that this Court enter an order staying further proceedings in this case pending appeal.

Dated: August 17, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
David Yoshimura, AT0012422
Carolyn A. Gunkel, AT0008944
Emily R. O'Brien, AT0015757
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
*david.yoshimura@faegredrinker.com*
*carolyn.gunkel@faegredrinker.com*
*emily.obrien@faegredrinker.com*

**ATTORNEYS FOR DEFENDANTS CASEY'S RETAIL COMPANY, CASEY'S GENERAL STORES, INC., AND CASEY'S MARKETING COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, a true copy of the foregoing document was served upon all Parties of record through the Court's CM/ECF electronic filing system, with a copy sent via electronic notice to all counsel of record.

*/s/ Paulette Ohnemus*