**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF IOWA**

# Notice of Appeal Supplement

Case Name: Mason vs. Casey's Retail Company et al

District Court Case Number: 4:25-cv-00361-SMR-SBJ

Appeal Fee (605.00) Status: Pd ✔ IFP ____ Pending ____ Government Appeal ____

Counsel: Appointed ____ CJA ____ Retained ✔ Pro Se ____ Pro Bono ____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel ✔ Pro Se ____

Any reason why counsel should not be appointed: ____

Certificate of Appealability: Denied ____ Granted ____ Not Issue ____

Pending post Judgment motions: Yes ✔ No ____

If so, type of motion(s) and docket entry number:

[45] Motion to Stay, [13] Motion for Hearing, [11] Motion Dismiss, [3] Motion for Preliminary

High Public Interest Case: Yes ____ No ✔

Simultaneous Opinion release Requested: Yes ____ No ✔

Trial Held: Bench ____ Jury ____ No ✔

Court Reporter: Yes ____ No ✔

Reporter's Name: ____

Appealing: Order prior to final judgment ✔ or final judgment ____

***File this form with the Notice of Appeal***