**United States Court of Appeals**
***for the Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 20, 2026

Nicholas A. Klinefeldt
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

RE: 26-2666 Kit Mason v. Casey's Retail Company, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CBO

Enclosure(s)

cc: Clerk, U.S. District Court, Southern Iowa
John Barton Goplerud
Carolyn A. Gunkel
Brian O. Marty
Emily O'Brien
Robert K. Shelquist
David Yoshimura

District Court/Agency Case Number(s): 4:25-cv-00361-SMR

**Caption for Case Number: 26-2666**

Kit Mason, individually and on behalf of a class of similarly situated individuals

Plaintiff - Appellee

v.

Casey's Retail Company; Casey's General Stores, Inc.; Casey's Marketing Company

Defendants - Appellants

**Addresses for Case Participants: 26-2666**

Nicholas A. Klinefeldt
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA 50306-0000

John Barton Goplerud
SHINDLER & ANDERSON
Suite 100
5015 Grand Ridge Drive
West Des Moines, IA 50265-5749

Carolyn A. Gunkel
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

Brian O. Marty
SHINDLER & ANDERSON
Suite 100
5015 Grand Ridge Drive
West Des Moines, IA 50265-5749

Emily O'Brien
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

Robert K. Shelquist
CUNEO & GILBERT
Suite 620
5775 Wayzata Boulevard
Saint Louis Park, MN 55416

David Yoshimura
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011